IN THE UNITED STATES COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PERI DOMANTE,                                    Case No.

      Plaintiff,

v.

DISH NETWORK, L.L.C., and
EQUIFAX INFORMATION
SERVICES, LLC.

      Defendant(s).
_____/

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL WITH INJUNCTIVE RELIEF SOUGHT

**COMES NOW**, Plaintiff, **PERI DOMANTE** (hereinafter "Ms. Domante" or "Plaintiff"), by and through the undersigned counsel, hereby sues and files her Complaint and Demand for Jury Trial with Injunctive Relief Sought as against Defendant, **DISH NETWORK, L.L.C.** (hereafter "Dish" or "Furnisher"), and Defendant, **EQUIFAX INFORMATION SERVICES, LLC** (hereafter "Equifax" or "CRA") (hereafter collectively "Defendants"), and in support thereof states as follows:

### *Jurisdictional Allegations*

1. This Court has subject matter jurisdiction over the instant case under 28 U.S.C. §1331 (2012) and the Fair Credit Reporting Act, 15 U.S.C. §1681p (2012).

2. Venue lies in this District pursuant to 28 U.S.C. 1391(d) (2012), as a substantial part of the events or omissions giving rise to the claims occurred in this judicial district.

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Domante v. Dish and Equifax*
Page **1** of 13

*Parties*

3.  At all times material hereto, Plaintiff, MS. DOMANTE, was and is a domiciled resident of Pinellas County, Florida.

4.  Plaintiff, MS. DOMANTE, is a "person" and "consumer" as defined in the Fair Credit Reporting Act, 15 U.S.C. §1681a (2012).

5.  Plaintiff, MS. DOMANTE, is a victim of "identity theft" as defined in the Fair Credit Reporting Act, 15 U.S.C. §1681a (2012).

6.  At all times material hereto, Defendant Furnisher, DISH NETWORK, L.L.C., was and is a Florida Limited Liability Company with its principal place of business located in the state of Florida and its registered agent, LESLIE W. HUDOCK, located at 601 Bayshore Boulevard, Suite 700, Tampa, Florida 33606.

7.  Defendant Furnisher, DISH NETWORK, L.L.C., is a "user" and "furnisher" of credit information as discussed in the Fair Credit Reporting Act, 15 U.S.C. §§1681-1681x (2012).

8.  At all times material hereto, Credit Reporting Agency, EQUIFAX INFORMATION SERVICES, LLC, was and is a Foreign Limited Liability Company with its principal place of business in Georgia and its registered agent, CORPORATION SERVICE COMPANY, located at 1201 Hays Street, Tallahassee, Florida 32301.

9.  Defendant Credit Reporting Agency, EQUIFAX INFORMATION SERVICES, LLC, prepared, issued, assembled, transferred, and otherwise reproduced "consumer reports" regarding Plaintiff, as defined in the Fair Credit Reporting Act, 15 U.S.C. §1681a(d) (2012).

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Domante v. Dish and Equifax*
Page **2** of **13**

10. Defendant Credit Reporting Agency, EQUIFAX INFORMATION SERVICES, LLC, is a "consumer reporting agency" as defined in the Fair Credit Reporting Act, 15 U.S.C. §1681a(f) (2012).

### Statements of Fact

11. On or around January 23, 2013, Ms. Domante first noticed a fraudulent inquiry by Dish on her Equifax credit file. *See* **Exhibit A, p. 10. Equifax Credit Report.**

12. Upon further review of her Equifax credit file, Ms. Domante was surprised to see collection activity by Dish in the amount of $943.00 (hereafter "Fraudulent Account"). *See* **Exhibit A, p. 4. Equifax Credit Report.**

13. Ms. Domante contacted Equifax regarding the fraudulent inquiry by Dish. Equifax responded and stated that "inquiries are a factual record of file access" and instructed Ms. Domante to contact Dish should she have further questions. *See* **Exhibit A, p. 1. Equifax Credit Report.**

14. The next day, Ms. Domante immediately put an initial fraud alert on her credit files with Experian and TransUnion in an attempt to solve the issue.

15. Under information and belief, TransUnion forwarded the initial fraud alert to Equifax.

16. The Fraudulent Account was open from June 11, 2011 to January 9, 2012 in North Carolina.

17. Ms. Domante has never used Dish services nor lived in North Carolina.

18. Under information and belief, defrauder(s) stole Ms. Domante's social security number for the purpose of fraudulently using her identity and good credit standing to open accounts.

19. Under information and belief, the defrauder(s) completed a registration for the Fraudulent Account, listing Ms. Domante's social security number and a fake name as the holder.

20. Dish assigned the Fraudulent Account a unique account number, ************4982.

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Domante v. Dish and Equifax*
Page 3 of 13

21. The defrauder(s) thereafter used Dish services, charging the Fraudulent Account.

22. Ms. Domante did not authorize any such registration of the Fraudulent Account and did not benefit from the misuse in any way.

23. Ms. Domante never consented to any person, much less the defrauder(s), from registering any accounts in her name and/or identity.

24. Ms. Domante contacted Dish regarding the Fraudulent Account multiple times over the years and alerted them that her identity had been stolen and had been used to fraudulently open the Account. *See* **Composite Exhibit B. Fraud Alert Letters.** The dates of these alerts include, but are not limited to:

    a.  July 26, 2013; and

    b.  July 24, 2014.

25. Dish responded multiple times confirming that Ms. Domante was not liable for the Fraudulent Account due to her identity theft. *See* **Composite Exhibit C. Dish Responses.** The dates of these responses include, but are not limited to:

    a.  August 2, 2013; and

    b.  July 1, 2014.

26. Instead of actually correcting the mistake, Dish sent the Fraudulent Account to collection under Ms. Domante's social security number.

27. On or around June 21, 2013, Ms. Domante received a letter from a collection agency on behalf of Dish attempting to collect on the Fraudulent Account. *See* **Exhibit D. Collection Letter.**

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Domante v. Dish and Equifax*
Page **4** of **13**

28. On or around July 1, 2013, Ms. Domante filed an Identity Theft Report (hereafter "Report") with the Pinellas County Sheriff's Office, hoping this method might put a stop to the fraudulent activity on her credit file. *See* **Exhibit E. Police Report.**

29. In the Report, Ms. Domante specifically mentioned Dish and their continued attempts to collect on the Fraudulent Account after she notified them of her identity theft. *See* **Exhibit E. Police Report.**

30. In or around mid-2013, Ms. Domante was denied a lower interest rate when she attempted to refinance her mortgage with GTE Financial.

31. GTE Financial's denial was a direct and proximate result of the Fraudulent Account's continued existence in Ms. Domante's Equifax credit file.

32. The Fraudulent Account was thereafter removed from Ms. Domante's credit file.

33. On or around June 28, 2014, Ms. Domante tried to add an extended fraud alert with Equifax since the Fraudulent Account showed up again on her credit file.

34. Equifax refused to put the extended alert on Ms. Domante's credit report, stating that the identification information Ms. Domante provided did not match their records and they could not apply the alert to her credit file. *See* **Exhibit F. Equifax Response.**

35. On or around June 30, 2014, Equifax finally applied the extended fraud alert to Ms. Domante's credit file after receiving additional information. *See* **Exhibit G. Equifax Fraud Alert.**

36. The Fraudulent Account was thereafter removed for the second time from Ms. Domante's credit file.

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Domante v. Dish and Equifax*
Page **5** of **13**

37. Ms. Domante believed that the extended fraud alert meant the traumatic experience of her identity being stolen was over, but she was wrong.

38. On or around February 22, 2015, Ms. Domante again noticed a fraudulent address and fraudulent inquiries on her Equifax credit file, including a Dish inquiry. She disputed the same and attached all required information. *See* **Exhibit H. Equifax Dispute.**

39. On or around February 27, 2015, Equifax responded, deleting the fraudulent address but refusing to acknowledge the fraudulent inquiries. *See* **Exhibit I, p. 1. Equifax Report.**

40. Equifax included a copy of Ms. Domante's credit report in its response, which still listed the disputed inquiries. *See* **Exhibit I, p. 40. Equifax Report.**

41. In or around July 2015, Ms. Domante was again denied a lower interest rate when she attempted to refinance her mortgage; this time with Wells Fargo Home Mortgage.

42. Wells Fargo Home Mortgage informed Ms. Domante that the denial was due to the Fraudulent Account once again being listed on her Equifax credit file.

43. On or around August 7, 2015, Ms. Domante faxed Equifax disputing the Fraudulent Account yet again. She attached all previous dispute communications. *See* **Exhibit J. Fraud Dispute Cover Letter.**

44. On or around August 21, 2015, Ms. Domante faxed Equifax disputing the Fraudulent Account because she had received no response previously. *See* **Exhibit K. Follow Up Fax.**

45. On or around August 25, 2015, Equifax finally responded to Ms. Domante's dispute and refused to block the Fraudulent Account information until it had contacted each creditor directly to verify the accounts. *See* **Exhibit L, p.1. Equifax Report.**

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Domante v. Dish and Equifax*
Page **6** of 13

46. Equifax included a copy of Ms. Domante's credit report in its response, which listed the Fraudulent Account, now under the name of: Enhanced Recovery Corp. on behalf of Dish in the amount of $1,138.00. *See* **Exhibit L, p.4. Equifax Report.**

47. At all times material hereto, Enhanced Recovery was performing debt collection owed to Dish to satisfy the Fraudulent Account.

48. At all times material hereto, Enhanced Recovery was acting as an employee, representative, or agent on behalf of Dish for purposes of collecting on the Fraudulent Account, and, as such, Dish is responsible for the conduct of its agent.

49. At all times material hereto, via a contractual relationship between the parties, Dish had control or the ability to control Enhanced Recovery's actions in attempting to collect on the Fraudulent Account on behalf of Dish.

50. After diligent and costly efforts by Ms. Domante, Equifax finally deleted the Fraudulent Account from her credit file on or around August 25, 2015. *See* **Exhibit M. Equifax Deletion.**

51. Traumatized and embarrassed by her battle with both Dish and Equifax over the past three years, Ms. Domante complained to the Federal Trade Commission about the service she had received from both entities. *See* **Exhibit N. FTC Report.**

52. The false reporting has caused Ms. Domante to suffer credit denials, embarrassment, mental anguish and inconvenience over the past three years.

53. Ms. Domante is always anxious about the fact that the Fraudulent Account could appear on her credit file again at any time.

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Domante v. Dish and Equifax*
Page **7** of **13**

### *Count 1 – Negligent Noncompliance with FCRA*
### *(as against EQUIFAX)*

54. Plaintiff re-alleges paragraphs 1-53 and incorporates the same herein by reference.

55. EQUIFAX negligently failed to comply with the requirements of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681S-2(b) (2012). EQUIFAX's violations include, but are not limited to, the following:

   a. EQUIFAX failed to comply with the FCRA, 15 U.S.C. §1681e(b) (2012) by failing to follow reasonable procedures to assure maximum possible accuracy of the information concerning the individual about whom the report relates;

   b. EQUIFAX failed to comply with the FCRA, 15 U.S.C. §1681i (2012) by failing to follow the requirements set forth to handle cases of disputed accuracy, as is the case with Plaintiff's identity theft and subsequent Fraudulent Account creation;

   c. EQUIFAX failed to comply with the FCRA, 15 U.S.C. §1681b(a) (2012) by furnishing consumer reports under circumstances of fraudulent creation of the Account that were not enumerated within that provision;

   d. EQUIFAX failed to comply with the FCRA, 15 U.S.C. §1681g (2012) by failing to follow the procedures proscribed regarding the rights of identity theft victims, such as Plaintiff.

56. As a result of EQUIFAX's failure to comply with the above requirements of the FCRA, Plaintiff has suffered, and continues to suffer, lost opportunity to receive credit and increased cost for credit.

57. It has been necessary for Plaintiff to retain the undersigned counsel to prosecute the instant action, for which he is obligated to pay a reasonable attorney's fee.

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Domante v. Dish and Equifax*
Page 8 of 13

58. All conditions precedent to this action have occurred.

WHEREFORE, Plaintiff respectfully requests this Court to enter judgment against CRA as follows:

    a.   Injunctive relief requiring CRA to remove the Fraudulent Account from Plaintiff's credit report permanently;

    b.   Awarding actual damages;

    c.   Awarding costs and attorneys' fees pursuant to 15 U.S.C. §1681o(a) (2012); and

    d.   Any other and further relief as this Court deems equitable.

### *Count 2 – Willful Noncompliance with FCRA*
### *(as against EQUIFAX)*

59. Plaintiff re-alleges paragraphs 1-53 and incorporates the same herein by reference.

60. EQUIFAX willfully failed to comply with the requirements of the FCRA. EQUIFAX's violations include, but are not limited to, the following:

    e.   EQUIFAX failed to comply with the FCRA, 15 U.S.C. §1681e(b) (2012) by failing to follow reasonable procedures to assure maximum possible accuracy of the information concerning the individual about whom the report relates;

    f.   EQUIFAX failed to comply with the FCRA, 15 U.S.C. §1681i (2012) by failing to follow the requirements set forth to handle cases of disputed accuracy, as is the case with Plaintiff's identity theft and subsequent Fraudulent Account creation;

    g.   EQUIFAX failed to comply with the FCRA, 15 U.S.C. §1681b(a) (2012) by furnishing consumer reports under circumstances of fraudulent creation of the Account that were not enumerated within that provision;

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Domante v. Dish and Equifax*
Page **9** of **13**

    h.   EQUIFAX failed to comply with the FCRA, 15 U.S.C. §1681g (2012) by failing to follow the procedures proscribed regarding the rights of identity theft victims, such as Plaintiff.

61. As a result of Defendants' failure to comply with the requirements of the FCRA, Plaintiff has suffered, and continues to suffer lost opportunity to receive credit and increased cost for credit.

62. It has been necessary for Plaintiff to retain the undersigned counsel to prosecute the instant action, for which he is obligated to pay a reasonable attorney's fee.

63. All conditions precedent to this action have occurred.

WHEREFORE, Plaintiff respectfully requests this Court to enter judgment against CRA as follows:

    a.   Injunctive relief requiring CRA to remove the Fraudulent Account from Plaintiff's credit report permanently;

    b.   Awarding actual damages;

    c.   Awarding punitive damages;

    d.   Awarding costs and attorneys' fees pursuant to 15 U.S.C. §1681n(a) (2012); and

    e.   Any other and further relief as this Court deems equitable.

### *Count 3 – Negligent Noncompliance with FCRA* <br> *(as against DISH)*

64. Plaintiff re-alleges paragraphs 1-53 and incorporates the same herein by reference.

65. DISH negligently failed to comply with the requirements of the FCRA, 15 U.S.C. §1681S-2(b) (2012).

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Domante v. Dish and Equifax*
Page 10 of 13

66. DISH confirmed its receipt of written Notice of Plaintiff's dispute from Plaintiff and affirmed that the Fraudulent Account did not belong to Plaintiff. *See* **Composite Exhibit C. Dish Responses.**

67. DISH continues to fail in supplying accurate and truthful information in regards to the Fraudulent Account as it pertains to Plaintiff.

68. Rather, DISH continues to report false and inaccurate information and failed to retract, delete, and suppress false and inaccurate information it reported about Plaintiff.

69. As a result of DISH's failure to comply with the requirements of the FCRA, Plaintiff has suffered, and continues to suffer lost opportunity to receive credit and increased cost for credit.

70. It has been necessary for Plaintiff to retain the undersigned counsel to prosecute the instant action, for which he is obligated to pay a reasonable attorney's fee.

71. All conditions precedent to this action have occurred.

WHEREFORE, Plaintiff respectfully requests this Court to enter judgment against DISH as follows:

a. Injunctive relief requiring DISH to cease and desist from reporting the Fraudulent Account to credit agencies on behalf of Plaintiff;

b. Awarding actual damages;

c. Awarding costs and attorneys' fees pursuant to 15 U.S.C. §1681o(a) (2012); and

d. Any other and further relief as this Court deems equitable.

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Domante v. Dish and Equifax*
Page **11** of 13

### *Count 4 – Willful Noncompliance with FCRA*
### *(as against DISH, LLC)*

72. Plaintiff re-alleges paragraphs 1-53 and incorporates the same herein by reference.

73. DISH willfully failed to comply with the requirements of the FCRA, 15 U.S.C. §1681S-2(b) (2012).

74. DISH confirmed its receipt of written Notice of Plaintiff's dispute from Plaintiff and affirmed that the Fraudulent Account did not belong to Plaintiff. *See* **Composite Exhibit C. Dish Responses.**

75. DISH continues to fail in supplying accurate and truthful information in regards to the Fraudulent Account as it pertains to Plaintiff.

76. Rather, DISH continues to report false and inaccurate information and failed to retract, delete, and suppress false and inaccurate information it reported about Plaintiff.

77. As a result of DISH's failure to comply with the requirements of the FCRA, Plaintiff has suffered, and continues to suffer lost opportunity to receive credit and increased cost for credit.

78. It has been necessary for Plaintiff to retain the undersigned counsel to prosecute the instant action, for which he is obligated to pay a reasonable attorney's fee.

79. All conditions precedent to this action have occurred.

WHEREFORE, Plaintiff respectfully requests this Court to enter judgment against DISH as follows:

      a.  Injunctive relief requiring DISH to cease and desist from reporting the Fraudulent Account to Plaintiff's credit report;

      b.  Awarding actual damages;

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Domante v. Dish and Equifax*
Page **12** of 13

c.   Awarding punitive damages;

d.   Awarding costs and attorneys' fees pursuant to 15 U.S.C. §1681n(a) (2012); and

e.   Any other and further relief as this Court deems equitable.

## DEMAND FOR JURY TRIAL

Plaintiff, **PERI DOMANTE**, requests a trial by jury on all issues so triable.

Respectfully submitted this **November 12, 2015.**

*/s/  Michael A. Ziegler*
Michael A. Ziegler, Esq.
Trial Counsel for Plaintiff
FBN:  74864
Law Office of Michael A. Ziegler, P.L.
13575 58th Street North, Suite 129
Clearwater, FL 33760
(p)  (727) 538-4188
(f)  (727) 362-4778

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Domante v. Dish and Equifax*
Page **13** of 13

P.O. Box 105069
Atlanta, GA 30348

January 23, 2013

 **EQUIFAX**

To Start An Investigation, Please Visit Us At:
www.investigate.equifax.com



Peri M Domante

Dear Peri M Domante:

Enclosed is a copy of your Equifax credit file. Please review it for any unauthorized accounts or inquiries. If unauthorized information is reporting on your Equifax credit file, you may start an investigation immediately on-line at www.investigate.equifax.com. Using the Internet to initiate an on-line investigation request will expedite the resolution of your concerns. You may also start an investigation by completing and returning the enclosed Research Request Form or by calling the toll free telephone number on the credit file. Please advise us of any documents that may help us in the reinvestigation, such as an identity theft report or letters from credit grantors.

You should contact the credit grantors that are reporting information you believe is fraudulent. Ask them to explain their fraud investigation process, what steps should be taken and how long the process normally takes. Additionally request that they send you a letter or documentation stating the results of the investigation. Upon receipt, forward a copy of that letter to us.

If your ID information, such as driver's license or social security card, was lost or stolen, contact the appropriate issuing agency.

| *Results Of Your Investigation* | *(For your security, the last 4 digits of your credit account number(s) have been replaced by *)* |
|---|---|

**>>> *We have reviewed the inquiry information for Rels. The results are:*** Inquiries are a factual record of file access. If you believe this was unauthorized, please contact the creditor. If you have additional questions about this item please contact: ***Rels, 12395 First American Way, Poway, CA 92064-6897***

**>>> *We have reviewed the inquiry information for Dish Network. The results are:*** Inquiries are a factual record of file access. If you believe this was unauthorized, please contact the creditor. If you have additional questions about this item please contact: ***Dish Network, 9601 S Meridian Blvd, Bldg 1 FLR 3 Cmo, Englewood, CO 80112-5905***

**>>> *We have reviewed the inquiry information for CBC Innovis. The results are:*** Inquiries are a factual record of file access. If you believe this was unauthorized, please contact the creditor. If you have additional questions about this item please contact: ***CBC Innovis, PO Box 1838, Columbus, OH 43216-1838 Phone: (877) 237-8317***

| **The FBI Has Named Identity Theft As The Fastest Growing Crime In America.** |
|---|
| Protect yourself with Equifax Credit Watch™ , a service that monitors your credit file every business day and notifies you within 24 hours of any activity. To order, go to: ***www.creditwatch.equifax.com*** |



# EQUIFAX

## CREDIT FILE : January 23, 2013                    Confirmation # 3023042638

**Personal Identification Information** *(This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)*

Name On File:     Peri M Domante
Social Security #:                        Date of Birth: August 25, 1967
Current Address:     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Reported: 01/2013
Previous Address(es):  3800 58th St N, Saint Petersburg, FL 33709 Reported: 01/2013
                       5879 Cornwallis Rd, Turkey, NC 28393 Reported: 01/2013
Formerly Known As:     Peri M Arison
Last Reported Employment:   Ealinderdds;
Previous Employment(s):     Ealinderdds;
                            Asst; Dr John Harrison; Stpe FL; Since 01/1988; Verified 07/1988

**ALERT(s):  Fraud Alert**

Contact Information: Name: PERI DOMANTE ; Relationship: OTHER ;Expiration Date: 04/23/2013 ; Date
Reported: 01/23/2013 ; Cell Phone: 727-251-8553 ;

Please address all future correspondence to:

 www.investigate.equifax.com

 Equifax Information Services LLC
P. O. Box 105069
Atlanta, GA 30348

 Phone: (877) 528-6481
M - F 9:00am to 5:00pm in your time zone.

In order to speak with a Customer Service Representative regarding the specific information contained in this credit file, you must call **WITHIN 60 DAYS** of the date of this credit file **AND** have a copy of this credit file along with the confirmation number.

**Collection Agency Information**    *(This section includes accounts that credit grantors have placed for collection with a collection agency.)*

G C Services;  Collection Reported 12/2012;  Assigned 10/2012; Creditor Class - Cable/Cellular; Client - Dish Network;  Amount - $943 ; Status as of 12/2012 - Unpaid; Date of 1st Delinquency 01/2012; Balance as of 12/2012 - $943 ; Individual Account; Account #▓▓▓▓▓▓▓▓   **Address:** 6330 Gulfton St  Houston TX 77081-1108 : (800) 756-6524

**Credit Account Information**
*(For your security, the last 4 digits of account number(s) have been replaced by *)  (This section includes open and closed accounts reported by credit grantors)*

**Account Column Title Descriptions:**

| | |
|---|---|
| Account Number - The Account number reported by credit grantor | Amount Past Due - The Amount Past Due as of the Date Reported |
| Date Acct. Opened - The Date that the credit grantor opened the account | Date of Last Paymnt - The Date of Last Payment |
| High Credit - The Highest Amount Charged | Actual Pay Amt - The Actual Amount of Last Payment |
| Credit Limit - The Highest Amount Permitted | Sched Pay Amt - The Requested Amount of Last Payment |
| Terms Duration - The Number of Installments or Payments | Date of 1st Delinquency - The Date of First Delinquency |
| Terms Frequency - The Scheduled Time Between Payments | Date of Last Actvty - The Date of the Last Account Activity |
| Months Reviewed - The Number of Months Reviewed | Date Maj Delq Rptd - The Date the 1st Major Delinquency Was Reported |
| Activity Designator - The Most Recent Account Activity | Charge Off Amt - The Amount Charged Off by Creditor |
| Creditor Class - The Type of Company Reporting The Account | Deferred Pay Date - The 1st Payment Due Date for Deferred Loans |
| Date Reported - Date of Last Reported Update | Balloon Pay Amt - The Amount of Final(Balloon) Payment |
| Balance Amount - The Total Amount Owed as of the Date Reported | Balloon Pay Date - The Date of Final(Balloon) Payment |
| Status - Condition of Account When Last Updated by Creditor or Otherwise | Date Closed - The Date the Account was Closed |

| **Account History Status Code Descriptions** | | | |
|---|---|---|---|
| 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender | |
| 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession | |
| 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off | |
| 4 : 120-149 Days Past Due | H : Foreclosure | | |

( Continued On Next Page )                    Page 4 of 20

## Inquiries that display to companies  (may impact your credit score)

*This section lists companies that requested your credit file. Credit grantors may view these requests when evaluating your credit worthiness. Employment Inquiries do not impact your credit score.*

| Company Information | Inquiry Date(s) |
|---|---|
| GTE Fin Express<br>  711 E Henderson Ave  Tampa, FL 33602-2509 | 01/23/2013 |
| GTE Financial<br>  711 E Henderson Ave  Tampa, FL 33602-2509 | 10/27/2012 |
| Rels Credit::WELLS FARGO BANK NA<br>  12395 First American Way  Poway, CA 92064-6897 | 06/14/2012   05/09/2012   04/06/2012 |
| Equifax Mortgage Services<br>  6 Clementon Rd E Lsi-Suite A2 Gibbsboro, NJ 08026-1199 | 06/07/2012 |
| Dish Network<br>  9601 S Meridian Blvd Bldg 1 Flr 3 Cmo Englewood, CO 80112-5905 | 04/14/2012   06/10/2011 |
| Dataquick Lending Solutions::US BANK HOME MORTGAG<br>  6111 Oak Tree Blvd 4th Fl  Independence, OH 44131-2589 | 04/06/2012 |
| Cbcinnovis::102GTE FEDERAL CREDI<br>PO Box 1838  Columbus, OH 43216-1838  Phone: (877) 237-8317 | 03/02/2012 |

## Inquiries that do not display to companies  (do not impact your credit score)

*(This section includes inquiries which display only to you and are not considered when evaluating your credit worthiness. - examples of this inquiry type include a pre-approved offer of credit, insurance, or periodic account review by an existing creditor.)*

### Company Information - Prefix Descriptions:

PRM - Inquiries with this prefix indicate that only your name and address were given to a credit grantor so they can provide you a firm offer of credit or insurance.  (PRM inquiries remain for 12 months)

PR - Inquires with this prefix indicate that a creditor reviewed your account as part of a portfolio they are purchasing. (PR Inquires remain for 12 months)

AM or AR - Inquiries with these prefixes indicate a periodic review of your credit history by one of your creditors.  (AM and AR inquiries remain for 12 months)

Equifax or EFX - Inquiries with these prefixes indicate Equifax's activity in response to your contact with us for a copy of your credit file or a research request.

ND - Inquiries with this prefix are general inquiries that do not display to credit grantors.  (ND inquiries remain for 24 months)

ND MR - Inquiries with this prefix indicate the reissue of a mortgage credit report containing information from your Equifax credit file to another company in connection with a mortgage loan. (ND MR inquiries remain for 24 months)

EMPL - Inquiries with this prefix indicate an employment inquiry. (EMPL inquiries remain for 24 months)

| Company Information | Inquiry Date(s) |
|---|---|
| Equifax<br>  PO Box 740250  Atlanta, GA 30374-0250 | 01/23/2013   01/23/2013   01/23/2013   01/23/2013 |
| PRM–Household Bank<br>  PO Box 81622  Salinas, CA 93912-1622 | 01/18/2013 |
| AR–The Home Depot – Citi Na<br>PO Box 6497 Citibank Sioux Falls, SD 57117-6497  Phone: (800) 677-0232 | 12/28/2012 |
| AR–Macys/Dsnb<br>  9111 Duke Blvd  Mason, OH 45040-8999 | 12/28/2012 |
| AR–VISA Dsnb<br>9111 Duke Blvd  Mason, OH 45040-8999  Phone: (800) 243-6552 | 12/28/2012 |
| AR–Amexdsnb<br>  9111 Duke Blvd  Mason, OH 45040-8999 | 12/28/2012 |

Peri M. Domante



July 26, 2013

TO:  Dish Network (ID theft team)

FROM:  Peri Domante

FAX:  (720)514-7440

SUBJECT:  Identity theft fraud

Total pages including this cover sheet:____

IF THIS TRANSMISSION IS NOT CLEARLY RECEIVED, PLEASE CONTACT_____
___Peri_____AT (727) 251-8553

MEMO:  _____

_____

ORIGINAL DOCUMENTS HAVE BEEN:

[  ]    MAILED-FIRST CLASS U. S. POSTAGE
[  ]    MAILED-CERTIFIED MAIL, RETURN RECEIPT REQUESTED
[  ]    EXPRESS MAIL/ UPS NEXT DAY DELIVERY
[ x ]   NOT FORWARDED

### CONFIDENTIALITY NOTE

The materials and information contained in this telecopy transmission are privileged and confidential and intended only for the individual[s] named above.  If you are not the intended recipient, or the employee responsible to deliver it to the intended recipient, you are hereby notified that any disclosure, distribution, copying dissemination, use or the taking of any action in reliance on the contents of this message is strictly prohibited.  If you have received this transmission in error, please immediately notify us by telephone so that we can arrange for the return to us of the original message and documents and any copies at no cost to you. Thank you for your cooperation.

Peri M. Domante



July 26, 2013

TO:  Dish Network (ID theft team)

FROM:  Peri Domante

FAX:  ▓▓▓▓▓▓▓

SUBJECT:  Identity theft fraud
            Acct. ▓▓▓▓▓▓▓

Total pages including this cover sheet:_____

IF THIS TRANSMISSION IS NOT CLEARLY RECEIVED, PLEASE CONTACT_____
___Peri_____AT  ▓▓▓▓▓▓

MEMO:  _____

_____

_____

ORIGINAL DOCUMENTS HAVE BEEN:

[ ]     MAILED-FIRST CLASS U. S. POSTAGE
[ ]     MAILED-CERTIFIED MAIL, RETURN RECEIPT REQUESTED
[ ]     EXPRESS MAIL/ UPS NEXT DAY DELIVERY
[x]    NOT FORWARDED

CONFIDENTIALITY NOTE
The materials and information contained in this telecopy transmission are privileged and confidential and intended only for the individual[s] named above. If you are not the intended recipient, or the employee responsible to deliver it to the intended recipient, you are hereby notified that any disclosure, distribution, copying dissemination, use or the taking of any action in reliance on the contents of this message is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone so that we can arrange for the return to us of the original message and documents and any copies at no cost to you. Thank you for your cooperation.

## Sent Journal

Date : JUL-27-2013  SAT 12:30
Name : INF
Tel. : ▇▇▇▇▇▇▇▇

| No. | Fax Name/Number | Start Time | Time | Mode | Pages | Result |
|-----|-----------------|------------|------|------|-------|--------|
| 229 | 17709179672 | 06-22 11:41 | 01'34" | ECM | 4/4 | Ok |
| 230 | 7381466 | 06-25 07:09 | 01'14" | ECM | 5 | Ok |
| 231 | 7996854 | 06-25 07:59 | 00'00" | ECM | 0 | Cancel Pressed |
| 232 | 7996854 | 06-25 08:02 | 01'02" | ECM | 3 | Ok |
| 233 | 18773327935 | 06-29 08:09 | 02'08" | G3 | 4/4 | Ok |
| 234 | 13527957483 | 06-29 11:13 | 00'45" | ECM | 2 | Ok |
| 235 | 5463500 | 07-02 06:57 | 00'49" | ECM | 2 | Ok |
| 236 | 18506176817 | 07-02 12:22 | 01'28" | ECM | 4/4 | Ok |
| 237 | 14105163866 | 07-02 13:59 | 00'22" | ECM | 1/1 | Ok |
| 238 | 5251049 | 07-03 09:13 | 01'22" | ECM | 4/4 | Ok |
| 239 | 7870061 | 07-03 11:05 | 00'38" | ECM | 2 | Ok |
| 240 | 18006264601 | 07-03 11:08 | 00'22" | ECM | 1/1 | Ok |
| 241 | 18006264601 | 07-03 11:11 | 00'00" | ECM | 0/1 | Cancel Pressed |
| 242 | 5463500 | 07-09 09:30 | 01'08" | ECM | 3 | Ok |
| 243 | 18594558650 | 07-09 10:08 | 01'20" | ECM | 4/4 | Ok |
| 244 | 18669761330 | 07-09 10:17 | 01'26" | ECM | 2/2 | Ok |
| 245 | 7265865 | 07-09 11:30 | 00'00" | ECM | 0/2 | Cancel Pressed |
| 246 | 7265865 | 07-09 11:32 | 00'33" | ECM | 2/2 | Ok |
| 247 | 8627665 | 07-09 12:22 | 01'09" | ECM | 4 | Ok |
| 248 | 12169164365 | 07-10 07:35 | 00'39" | ECM | 2 | Ok |
| 249 | 13526886238 | 07-12 06:27 | 00'51" | ECM | 3 | Ok |
| 250 | 7975121 | 07-12 06:42 | 01'09" | ECM | 4 | Ok |
| 251 | 7853748 | 07-12 08:46 | 00'17" | ECM | 1/1 | Ok |
| 252 | 18509213925 | 07-12 12:35 | 04'20" | ECM | 13/13 | Ok |
| 253 | 3764073 | 07-12 12:49 | 00'51" | ECM | 3 | Ok |
| 254 | 8621370 | 07-13 07:00 | 00'00" | ECM | 0 | Cancel Pressed |
| 255 | 17278621370 | 07-13 07:08 | 00'52" | ECM | 3 | Ok |
| 256 | 7858477 | 07-13 12:37 | 00'22" | ECM | 1/1 | Ok |
| 257 | 8445303 | 07-20 06:58 | 00'31" | ECM | 2 | Ok |
| 258 | 7974860 | 07-20 14:01 | 00'33" | ECM | 2 | Ok |
| 259 | 18778433945 | 07-23 11:57 | 00'55" | ECM | 3/3 | Ok |
| 260 | 5840614 | 07-23 15:02 | 00'22" | ECM | 1 | Ok |
| 261 | 5840614 | 07-23 15:04 | 00'31" | ECM | 2 | Ok |
| 262 | 9373752 | 07-24 09:13 | 00'32" | ECM | 2/2 | Ok |
| 263 | 8136362474 | 07-26 08:37 | 00'00" | ECM | 0/4 | Cancel Pressed |
| 264 | 8136362494 | 07-26 09:49 | 01'16" | ECM | 4/4 | Ok |
| 265 | 8133132099 | 07-26 09:57 | 01'28" | ECM | 4/4 | Ok |
| 266 | 9394192 | 07-26 11:30 | 00'32" | ECM | 2/2 | Ok |
| 267 | 2322910 | 07-26 12:37 | 00'29" | ECM | 1/1 | Ok |
| 268 | 17205147440 | 07-27 12:25 | 04'09" | ECM | 15/15 | Ok |

Peri Domante, R.D.H.

▮▮▮▮▮

7/24/14

TO: Stephanie Cotton - Davis

FROM: Peri Domante R.D.H.

FAX: (720)514-7440

SUBJECT: Identity Theft

Total pages including this cover sheet:_____

IF THIS TRANSMISSION IS NOT CLEARLY RECEIVED, PLEASE CONTACT_____
___Peri_____AT (727) 251-8553

MEMO: ___I was under the impression
that this was taken care of on
8/2/13 as per attached letter.
All requested
information was sent
at that
time.

ORIGINAL DOCUMENTS HAVE BEEN:

[ ]  MAILED-FIRST CLASS U. S. POSTAGE
[ ]  MAILED-CERTIFIED MAIL, RETURN RECEIPT REQUESTED
[ ]  EXPRESS MAIL, 2 DAY DELIVERY
[x]  NOT FORWARDED

CONFIDENTIALITY NOTE

The materials and information contained in this telecopy transmission are privileged and confidential and intended only for the individual named above. If you are not the intended recipient, or the employee responsible to deliver it to the intended recipient, you are hereby notified that any disclosure, distribution, copying dissemination, use or the taking of any action in reliance on the contents of this message is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone so that we can arrange for the return to us of the original message and documents and any copies at no cost to you. Thank you for your cooperation.



DISH Network L.L.C.
P.O. Box 9040 Littleton, CO 80120

August 2, 2013

Ms. Peri Michele Domante
9426 106th Ave. N.
Largo, FL 33777

Dear Ms. Domante:

Thank you for contacting us regarding your identity theft claim. We appreciate your patience during our review

Based on the information and documents you provided, we have determined that you are not responsible for the DISH Network account in question.

Please be assured that we have requested that the credit bureaus update your credit report to reflect the account deletion. Please allow six to eight weeks for the credit bureaus to remove this information.

If we may be of further assistance, please feel free to contact us at 720-514-8568.

Sincerely,

David Rikkers
Identity Theft Team
PO Box 9040
Littleton, CO 80120
Fax: (720) 514-7440



DISH Network L.L.C.
P.O. Box 9040 Littleton, CO 80120

July 1, 2014

Mr. Peri Domante
9426 106th Ave.
Seminole, FL  33777

Dear Mr. Domante:

We have received information that indicates you may have been a victim of identity theft. In order to
proceed with our investigation, we require the following information:

**Identity Theft Affidavit:**            Please send a fully completed identity theft affidavit.  The
                                         affidavit must be signed to be valid.

**Police Report:**                       Please provide a copy of an official police report or police
                                         incident report regarding this instance of identity theft.

**Photocopy of valid State or U.S. issued ID:**   Please provide a legible photocopy of a valid U.S.
                                         government issued identification card, e.g., driver's license
                                         or ID card, passport or military ID card.

Please send the required documents to:

DISH Network
Identity Theft Team
PO Box 9040
Littleton, CO 80120
Fax: (720) 514-7440

Thank you for your prompt attention to this matter. Please be assured that we will investigate your claim as
soon as we receive the required documentation.

Sincerely,

Stephanie Cotton-Davis
Identity Theft Team
PO Box 9040
Littleton, CO 80120
Fax: (720) 514-7440

Enclosure

P. O. BOX 01754
DALLAS, TX 75003

3172002172

Afni, Inc. | 1310 MLK Drive | P. O. Box 3517
Bloomington, IL 61702-3517 | (866) 633-4384

Electronic Service Requested

06/21/2013

| | |
|---|---|
| Balance: | $943.28 |
| Settlement Offer: | $471.64 |

Afni, Inc. Account: ▮▮▮▮▮▮▮▮▮▮
Dish Network Account: ▮▮▮▮▮▮▮▮▮▮
Dish Network, Dept. 0063, Palatine, IL 60055-0063

****************MIXED ADC 750          002172
PERI ARISON                            T11 P1
9426 106TH AVE
SEMINOLE, FL 33777-1018

Mail payments to Dish Network at Palatine address

### SAVE $471.64

Afni, Inc. is making another attempt to assist you in resolving this overdue account. In an effort to do so, we will accept $471.64. Once paid, our records will reflect the status of your account with Afni, Inc. as settled. Payment of a settlement amount does not make you eligible for reinstatement of Dish services. To be eligible for service your entire balance must be paid. Upon payment of the entire balance you may be eligible for new service with Dish.

This offer is valid until 8/5/2013. Afni is not obligated to renew this offer.

If you have any questions, you may contact our office toll free at (866) 633-4384 Monday-Friday 7am - 9pm and Saturday 8am - 12pm Central Time. For proper credit on your account, please write this account number ▮▮▮▮▮▮▮▮ on your payment or correspondence.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This letter is from a debt collector.

Por favor lea el otro lado de la hoja para el texto en espanol
Afni, Inc. | 1310 MLK Drive | P. O. Box 3517 | Bloomington, IL 61702-3517 | (866) 633-4384

3172002172          PLEASE RETURN THIS PORTION WITH YOUR PAYMENT                    AFN56
                 FOR PROPER CREDIT PLEASE WRITE ▮▮▮▮▮▮▮ ON YOUR CHECK

Toll Free #:  (866) 633-4384

PERI ARISON
▮▮▮▮▮▮▮▮▮▮▮▮

| | |
|---|---|
| Balance: | $943.28 |
| Settlement Offer: | $471.64 |

Dish Network Account: ▮▮▮▮▮▮▮▮▮▮
Dish Network, Dept. 0063, Palatine, IL 60055-0063

Make checks payable to Dish Network

Dish Network
Dept 0063
Palatine, IL 60055-0063

Please do not write or mark below this line.

PO BOX 223721
DALLAS. TX 75222

Afni, Inc. 1310 MLK Drive | P. O. Box 3517
Bloomington, IL 61702-3517 | (866) 633-4384

Por favor envie al domicilio de Palatine. IL

16/21/2013

PERI ARISON

Balance:              $943.28
Settlement Offer:     $471.64

En cuenta en Afni:    ████████████
#De Cuenta de Acredador:  ████████████
Dish Network, Dept. 0063, Palatine, IL 60055-0063

Derije su pago a Dish Network a la diriccion de Palatine

AHORRE $471.64

Estamos tratando nuevamente de comunicarles sobre su cuenta que esta atrasada. Podremos resolver esto si usted puede dar un pago de $471.64. Al pagar, nuestro archivos reflejara su cuenta con Afni, Inc como pagado. La cantidad de Pago de liquidacion no lo ase eligible Para reincorporar su servicio de Dish. Para ser elegible al servicio, su balance debera ser pagado completamente, Una vez pagado el balance completo usted podra solicitar su nuevo servicio Dish.

Esta oferta es valida hasta 8/5/2013. Afni no esta obligado a renovar esta oferta.

Si es que tiene alguna pregunta, comuniquese con nuestra oficina al numero sin cobro (866) 633-4384 de Lunes - Viernes 7am - 9pm y Sabado 8am - 12pm CST. Para el credito apropiado a su cuenta, por favor ecriba este numero ████████████  en su pago.

Esto es un intento de colectar una deuda. Cualquier informacion que se obtenga sera usada para ese proposito. Esta carta es parte de un cobrador de deudas.

Por favor lea el otro lado de la hoja para el texto en engles
Afni, Inc. | 1310 MLK Drive | P. O. Box 3517 | Bloomington, IL 61702-3517 | (866) 633-4384

317/2002172            Por favor regrese esta porcion con su pago                        AFN56
Para el credito apropiado a su cuenta, por favor escriba este numero  ████████████  en su pago

Balance:              $943.28
Settlement Offer:     $471.64

PERI ARISON

Dish Network Account:  ████████████
Dish Network, Dept. 0063, Palatine, IL 60055-0063

Derije su pago a Dish Network a la diriccion de Palatine

Dish Network
Dept 0063
Palatine, IL 60055-0063

ӀӀӀӏӏ•ӏ•ӏ•ӏӏ|ӏ•ӏӏ••ӏӏӏ•ӏӏ|ӏ•••ӏ|ӏ••ӏ•ӏ|ӏ•ӏӏ|ӏӏ|ӏ•ӏӏ







ECrandall@passport.com

**JIM COATS**
SHERIFF

**DEPUTY ED CRANDALL**
School Resource Officer

SC13-254198

**PINELLAS COUNTY SHERIFF'S OFFICE**
10750 Ulmerton Road, Largo, Florida 33778
Administration Number
(727) 582-6200

## PINELLAS COUNTY SHERIFF'S OFFICE

### ACISS PCSO - SUPPLEMENT Report ███████

Report Date: 07/01/2013 ███

---

### Primary Information

| | |
|---|---|
| Report Number: | ███████ |
| Report Date: | 07/01/2013 |
| Type Of Report: | PCSO - SUPPLEMENT |
| Description: | CONTACT WITH PERI DOMANTE |
| Dissemination Code: | UNCLASSIFIED |
| Reporting LEO: | MINZER, DALE L CJS (56202 / ECONOMIC CRIME / PINELLAS COUNTY SHERIFF'S OFFICE) |
| Approval Status: | Approved |
| Approved Date: | 07/01/2013 |
| Approved By: | KELLY, TIMOTHY J SGT (56294 / ECONOMIC CRIME / PINELLAS COUNTY SHERIFF'S OFFICE) |

---

### Synopsis

ON THE ABOVE-LISTED DATE AND TIME, I SPOKE WITH THE COMPLAINANT, PERI DOMANTE, TO OBTAIN ADDITIONAL INFORMATION. DOMANTE STATED SHE WAS REVIEWING HER CREDIT REPORT AND OBSERVED AN OUTSTANDING DEBT FROM DISH NETWORK                        ). SHE SAID SHE CONTACTED DISH WHO THEN STARTED SENDING HER COLLECTION'S NOTICES FOR A PAST DUE BALANCE OF $943.28. SHE STATED THE ACCOUNT WAS OPENED FROM JUNE 11, 2011–JAN. 9, 2012. DOMANTE SAID THE ACCOUNT WAS OPENED IN EITHER WALLACE OR TURKEY, NC.

AT THIS TIME, DOMANTE WAS IN THE PROCESS OF DISPUTING THE ACCOUNT WITH DISH NETWORK. SHE STATED SHE IS UNAWARE OF HOW OR WHERE HER PERSONAL INFORMATION WAS OBTAINED. SHE WAS REFERRED TO BOTH THE FTC AND CREDIT BUREAUS.

CASE INACTIVE/SUSPENDED.

---

### Related Subjects

| Name | Type | Sex | Race | DOB | Relationship |
|---|---|---|---|---|---|
| DOMANTE, PERI M | PERSON | FEMALE | WHITE | 8/25/1967 | COMPLAINANT/VICTIM |
| DISH NETWORK | BUSINESS | --- | --- | --- | OTHER |
| UNK, SO 13-254198 | PERSON | UNKNOWN | UNKNOWN | --- | SUSPECT |

---

### Record Status Information

| | |
|---|---|
| Record Origination Operator: | MINZER, DALE L CJS (56202 / ECONOMIC CRIME / PINELLAS COUNTY SHERIFF'S OFFICE) |
| Record Origination Date: | 07/01/2013 08:37 |
| Last Update Operator: | KELLY, TIMOTHY J SGT (56294 / ECONOMIC CRIME / PINELLAS COUNTY SHERIFF'S OFFICE) |
| Last Update Date: | 07/01/2013 13:12 |

---

| Reporting LEO | Date | Supervisor | Date |
|---|---|---|---|
| MINZER, DALE L CJS (56202 / ECONOMIC CRIME / PINELLAS COUNTY SHERIFF'S OFFICE) | | KELLY, TIMOTHY J SGT (56294 / ECONOMIC CRIME / PINELLAS COUNTY SHERIFF'S OFFICE) | 7/2/2013 |
| | | | |

This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.

# PINELLAS COUNTY SHERIFF'S OFFICE

## ACISS PCSO - OFFENSE Report ▮

### Report Date: 06/28/2013

### Primary Information

| | |
|---|---|
| Report Number: | ▮▮▮ |
| Report Date: | 06/28/2013 |
| Type Of Report: | PCSO - OFFENSE |
| Occurence From: | 06/28/2013 16:34 |
| Occurence To: | 06/28/2013 16:34 |
| Source Of Call: | FRONT DESK |
| Dissemination Code: | UNCLASSIFIED |
| Shift: | BRAVO - EARLY |
| Reporting LEO: | CRANDALL, EDWIN A DEP (52876 / SQUAD 2 - EVES / PINELLAS COUNTY SHERIFF'S OFFICE) |
| Approval Status: | Approved |
| Approved Date: | 07/01/2013 |
| Approved By: | SMALLEY, MICHAEL J SGT (55522 / SQUAD 3 - EVES / PINELLAS COUNTY SHERIFF'S OFFICE) |

### Response Information

| | |
|---|---|
| Time Call Received: | 06/28/2013 16:34 |
| Time Dispatched: | 06/28/2013 16:34 |
| Time Arrived: | 06/28/2013 16:34 |
| Time Completed: | 06/28/2013 17:14 |

### Related Addresses

| Address | Relationship |
|---|---|
| ▮▮▮ Florida 33777 , UNITED STATES | OCCURRED |

### Related Charges

| Offense Type | Offense | Attempted/Committed | Statute | UCR Class |
|---|---|---|---|---|
| FELONY | CRIMINAL USE PERSONAL ID | COMMITTED | 817.568 | 9000 |

### Related Subjects

| Name | Type | Sex | Race | DOB | Relationship |
|---|---|---|---|---|---|
| DOMANTE, PERI M | PERSON | FEMALE | WHITE | 8/25/1967 | COMPLAINANT/VICTIM |
| DISH NETWORK | BUSINESS | --- | --- | --- | OTHER |

### Analysis Information

| | |
|---|---|
| Sick Or Injured: | NO |
| Alarm: | NO |
| Location Type: | RESIDENCE |
| Forced Entry: | NOT APPLICABLE |
| Alcohol Related: | NO |
| Drug Related: | NO |

*This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.*

## PINELLAS COUNTY SHERIFF'S OFFICE

### ACISS PCSO - OFFENSE Report

Report Date: 06/28/2013

| Analysis Information - Continued | |
|---|---|
| Hate Crime: | **NO** |
| Sex Crime: | **NO** |
| Juvenile Crime: | **NO** |
| Domestic Violence: | **NO** |
| Senior Abuse: | **NO** |
| Child Abuse: | **NO** |
| Gang Related: | **NO** |
| School Zone: | **NO** |
| Public Housing: | **NO** |
| Signature Act: | **NO** |

| Record Status Information | |
|---|---|
| Record Origination Operator: | **ACISS System (PINELLAS COUNTY SHERIFF'S OFFICE)** |
| Record Origination Date: | **06/28/2013 17:20** |
| Last Update Operator: | **SMALLEY, MICHAEL J SGT (55522 / SQUAD 3 - EVES / PINELLAS COUNTY SHERIFF'S OFFICE)** |
| Last Update Date: | **07/01/2013 17:43** |

| Reporting LEO | Date | Supervisor | Date |
|---|---|---|---|
| **CRANDALL, EDWIN A DEP (52876 / SQUAD 2 - EVES / PINELLAS COUNTY SHERIFF'S OFFICE)** | | **SMALLEY, MICHAEL J SGT (55522 / SQUAD 3 - EVES / PINELLAS COUNTY SHERIFF'S OFFICE)** | 7/2/2013 |
| | | | |

*This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.*

Average time to complete: 10 minutes

# Identity Theft Victims' Complaint and Affidavit

A voluntary form for filing a report with law enforcement and disputes with credit reporting agencies and creditors about identity theft
-related problems.  Visit ftc.gov/idtheft to use a secure online version of this form that you can print for your records.

**Before completing this form:**

1. Place a fraud alert on your credit reports, and review the reports for signs of fraud.

2. Close the accounts that you know, or believe, have been tampered with or opened fraudulently.

## About You  *(the victim)*

### Now

| | | | | | | |
|---|---|---|---|---|---|---|
| (1) | My full legal name: | Peri | *Michele* | Domante | | |
| | | First | Middle | Last | Suffix | |

(2)  My date of birth: _____
mm/dd/yyyy

(3)  My Social Security Number: _____

(4)  My driver's license:  FL _____
State            Number

(5)  My current street address:

_____
Number & Street Name                    Apartment, Suite, etc.

Largo          FL          33777          USA
City            State        Zip Code        Country

(6)  I have lived at this address since: _____2/2/2002_____
mm/dd/yyyy

(7)  My daytime telephone number: _____

My evening telephone number:  (    ) _____

My email address: _____ periair@msn.com _____

Leave (3) blank until you provide this form to someone with a legitimate business need, like when you are filing your report at the police station or sending the form to a credit reporting agency to correct your credit report.

### At the Time of the Fraud

| | | | | | | |
|---|---|---|---|---|---|---|
| (8) | My full legal name was: | *Peri* | *Michele* | *Domante* | | |
| | | First | Middle | Last | Suffix | |

(9)  My address was:

_____
Number & Street Name                    Apartment, Suite, etc.

*S. Largo*      *FL*      *33777*      *USA*
City            State        Zip Code        Country

(10)  My daytime phone: _____  My evening phone: (____) _____

My email: _____

Skip (8)-(10) if your information has not changed since the fraud.

The Paperwork Reduction Act requires us to display a valid control number (in this case, OMB control #3084-0047) before we can collect - or sponsor the collection of - your information, or require you to provide it.

*Victim's Name:*  Peri    Domante    *Phone Number(s)*  ███████████  *Page 2*

## About You (the victim) (Continued)

### Declarations

(11)  I ☐ did OR ☒ did not    authorize anyone to use my name or personal information to obtain money, credit, loans, goods, or services - or for any other purpose - as described in this report.

(12)  I ☐ did OR ☒ did not    receive any money, goods, services, or other benefit as a result of the events describes in this report.

(13)  I ☒ am OR ☐ am not    willing to work with law enforcement if charges are brought against the person(s) who committed the fraud.

## About the Fraud

### Who

(14)  I believe the following person(s) used my information or identification documents to open new accounts, use my existing accounts, or commit other fraud.

Susana Pedroza

(14):
Enter what you know about anyone you believe was involved (even if you don't have complete information).

Victim's Name: _Peri_ _Domante_ Phone Number(s): ███████ 3

(A) Name: _Peri_ _Michele_ _Domante_
First          Middle          Last          Suffix

Address: _9426_ _106th Ave N._
Number & Street Name          Apartment, Suite, etc.

_Largo_ _FL_ _33777_ _USA_
City          State          Zip Code          Country

Phone Numbers: _____ ███████          ( )

Additional information about this person: _____

_____

_____

(14) and (15):
Attach additional
sheets as
needed.

(15)   Additional Information about the crime (for example, how the identity thief gained access to your
information or which documents or information were used):

_____

_____

## Documentation

(16)   I can verify my identity with these documents:

☑ A valid government-issued photo identification card (for example, my driver's license,
state-issued ID card, or my passport).

*If you are under 16 and don't have a photo-ID, a copy of my birth certificate or a copy
of your official school record showing your enrollment and legal address is acceptable.*

☑ Proof of residency during the time the disputed charges occurred, the loan was made,
or the other event took place (for example, a copy of a rental/lease agreement in my
name, a utility bill, or an insurance bill.)

(16):
Reminder:
Attach copies
of your identity
documents
when sending
this form to
creditors and
credit
reporting
agencies.

Victim's Name:   Peri _____ Domante _____   Phone Number(s): ▮▮▮▮▮   Page 4

## About the Information or Accounts

(17) The following personal information (like my name, address, Social Security number, or date of birth) in my credit report is inaccurate as a result of this identity theft:

(A) _address_____

(B) _____

(C) _____

(18) Credit inquires from these companies appear on my credit report as a result of this identity theft:

Company Name: _Dish network_____

Company Name: _____

Company Name: _____

(19) Below are details about the different frauds committed using my personal information.

Dish Network _____ _Michael Portez 303942-8605 ext .52271_
Name of Institution          Contact Person          Phone          Extension

Account Number          _____ng Number          Affected Check Number(s)

Account Type: ☐ Credit   ☐ Bank   ☒ Phone/Utilities   ☐ Loan

☐ Government Benefits   ☐ Other

Select ONE:

☒ This account was opened fraudulently.

☐ This was an existing account that someone tampered with.

6/1/2011 _____   _$943.28_
Date Opened or Misused (mm/dd/yyyy)   Date Discovered (mm/dd/yyyy)   Amount Obtained ($)

*Victim's Name:*   Peri   Domante   *Phone Number(s)*

(19):
If there were more than three frauds, copy this page blank, and attach as many additional copies as necessary.

Enter any applicable information that you have, even if it is incomplete or an estimate.

If the thief committed two types of fraud at one company, list the company twice, giving information about the two frauds separately.

Contact Person: Someone an investigator or officer can call about this fraud.

Account Number: This could be the number on your credit card or debt card, bank account, loan, mortgage, insurance policy, or other number.

Amount Obtained: For instance, the amount purchased with your card or withdrawn from your account.

Victim's Name:    Peri        Domante        Phone Number(s) ███████████        Page 6

## Law Enforcement Report

(20)  One way to get a credit reporting agency to quickly block identity theft-related information from appearing on your credit report is to submit a detailed law enforcement report ("Identity Theft Report"). You can obtain an Identity Theft Report by taking this form to your local law enforcement office, along with your supporting documentation. Ask an officer to witness your signature and complete the rest of the information in this section. It's important to get your report number, whether or not you are able to file in person or get a copy of the official law enforcement report. Attach a copy of any confirmation letter or official law enforcement report you receive when sending this form to credit reporting agencies.

Select ONE:

☐  I have not filed a law enforcement report.

☐  I was unable to file a law enforcement report.

☐  I filed an automated report with the law enforcement agency listed below.

☒  I filed my report in person with the law enforcement officer and agency listed below

> **(20):**
> Check "I have not..." if you have not yet filed a report with law enforcement or you have chosen not to. Check "I was unable..." if you tried to file a report but law enforcement refused to take it.
>
> **Automated Report:**
> A law enforcement report filed through an automated system, for example, by telephone, mail, or the internet, instead of a face-to-face interview with a law enforcement officer.

Pinellas County Sheriffs Office    Florida
Law Enforcement Department                    State

███████████        6/28/2013
Report Number            Filing Date (mm/dd/yy)

Edwin Crandall
Officer's Name (please print)        Officer's Signature

_____        ███████████
Badge Number            Phone Number

Did the victim receive a copy of the report from the law enforcement officer?    ☒ Yes OR    ☐ No

Victim's FTC complaint number (if available): _____ ███ _____

*Victim's Name:*   <u>Peri</u>          <u>Domante</u>          *Phone Number(s):*_____   *Page 7*

## Signature

**As applicable, sign and date IN THE PRESENCE OF a law enforcement officer, a notary, or a witness.**

(21)   I certify that, to the best of my knowledge and belief, all of the information on and attached to this complaint is true, correct, and complete and made in good faith.  I understand that this complaint or the information it contains will be made available to federal, state, and/or local law enforcement agencies for such action within their jurisdiction as they deem appropriate.  I understand that knowingly making any false or fradulent statement or representation to the government may violate federal, state, or local criminal statues, and may result in a fine, imprisonment, or both.

_____     _____
Signature                                             Date Signed (mm/dd/yyyy)

## Your Affidavit

(22)   If you do not choose to file a report with law enforcement, you may use this form as an Identity Theft Affidavit

to prove to each of the companies where the thief misused your information that you are not responsible for the fraud.  While many companies accept this affidavit, others require that you submit different forms.  Check with each company to see if it accepts this form.  You should also check to see if it requires notarization.  If so, sign in the presence of a notary.  If it does not, please have one witness (non-relative) sign that you completed and signed this Affidavit.

_____
(Notary)

**Witness:**

_____     _____
(signature)                                          (printed name)

_____
(date)

JENNIFER MEDLEY
MY COMMISSION # EE 028510
EXPIRES: September 22, 2014
Bonded Thru Notary Public Underwriters

PERI M DOMANTE

June 28, 2014

Dear Consumer:

We have received your request concerning your Equifax credit file. However, the identification information you provided does not match our records. In order to properly assist you, we will need additional information in order to verify your identification and current address.

Please provide a legible photocopy of a valid document that shows your name, current address and complete social security number. Listed below are examples of documents that may be provided as verification of your identification and current address:

## IDENTIFICATION (NAME OR SSN)

*Birth certificate or Marriage certificate with current name
*Pay stub with complete U.S. Social Security number
*W2 form with complete U.S. Social Security number
*Valid Social Security Card
   **Note**: A work permit only card is not valid proof of a SSN

## CURRENT ADDRESS

*Driver's license
*Rental/lease agreement/house deed
* Mortgage statement or bank statement
*Utility bill (i.e. gas, cable, residential telephone bill)

To ensure that your request is processed without delay, please enlarge photocopies and ensure the information is legible. Illegible documents or documents that contain highlights may cause a delay in processing as we may have to ask you to resubmit your request with more legible documents.

***Please return this letter along with the requested information and your original correspondence/request to the address below.***

Equifax Information Services LLC
PO Box 740256
Atlanta, GA 30374-0256

Thank you for the opportunity to assist you.

Equifax Information Services LLC

---

### Get informed.  Be empowered.

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Visit us at **www.equifax.com/CreditReportAssistance** or Call us at  866-349-5186.

---

Equifax Information Services LLC
P.O. Box 105069
Atlanta, GA 30348-5069

June 28th, 2014



062800418-FLT
PERI M DOMANTE



PERI M DOMANTE

June 30, 2014

Dear PERI M DOMANTE:

Equifax has added an extended fraud alert to your Equifax credit file, which will remain on file for seven years. In addition, your name has been removed from promotional offers of credit for five years.

Your information has been forwarded to Experian and TransUnion, and they will also add an extended fraud alert to your credit file in their databases, eliminating the need for you to contact each credit reporting agency directly.

You may request two free copies of your credit file during the 12-month period beginning on the date shown on this letter. You may request a free copy of your credit file by visiting www.equifax.com/fcra or writing to:

Equifax Information Services LLC
P.O. Box 740241
Atlanta, GA 30374

A copy of one item in **EACH** of the categories below is needed in order to verify your identification and address. The item you choose in the identity category MUST contain your Social Security number and the item you choose in the address category MUST contain your current mailing address of: **9426 106th Ave, Seminole FL 33777-1018**

### IDENTIFICATION (NAME OR SSN)

*Birth certificate or Marriage certificate with current name
*Pay stub with complete U.S. Social Security number
*W2 form with complete U.S. Social Security number
*Valid Social Security Card
   **Note:** A work permit only card is not valid proof of a SSN

### CURRENT ADDRESS

*Driver's license
*Rental/lease agreement/house deed
* Mortgage statement or bank statement
*Utility bill (i.e. gas, cable, residential telephone bill)

To ensure that your request is processed accurately, please enlarge photocopies of any items that contain small print (e.g. driver's license, W2 Forms, etc). Photocopies that are illegible prohibit us from processing your request. Do not highlight any document. We will notify you of the need to resubmit your request with readable photocopies

If you do not receive notification from Experian and from TransUnion that they have added a fraud alert for you on their credit files, please contact them directly using the following contact information:

   TransUnion, PO Box 6790, Fullerton, CA 92634 :  (800) 680-7289

   Experian, PO Box 9530, Allen, TX  75013 : (888) 397-3742

Thank you for the opportunity to assist you.

Equifax Information Services LLC

---

## The FBI has named identity theft as the fastest growing crime in America.

Protect yourself with Equifax Credit Watch™ , a service that monitors your credit file every business day and notifies you within 24 hours of any activity. To order, go to:  ***www.creditwatch.equifax.com***

---

**Equifax Information Services LLC**
P.O. Box 105069
Atlanta, GA 30348-5069

June 30th, 2014



063002526-FLT
PERI M DOMANTE

Print this page

# Details for Confirmation #: 5053005487

**Date of Dispute :** February 22, 2015   **Name :** PERI DOMANTE   **Address :**
**Time of Dispute :** 11:23 AM EST   **SSN :**
**Your Confirmation #:**

| Next Steps |
|---|
| Please note your Dispute Confirmation Number printed at the top of this page.  It will be required to check the status of your dispute.<br><br>In order to process your request to change your personal identification information, please send us a copy of the following documents.<br><br>   1. Valid Driver's License<br>   2. Social Security card or W-2 form<br>   3. Utility Bill<br><br>Please print this page and fax or mail it with the required proof documents indicated above within 24 hours.<br>Please ensure that your 10-digit Confirmation Number is included with any documents you submit to us.<br>Submit to:   Fax: 1-888-826-0549   or<br>Mail:<br>Equifax Information Services LLC<br>P.O Box 740256<br>Atlanta, GA 30374<br><br>Your dispute verification process may take up to 30 days and we will keep you informed via email on the status of your dispute.<br><br>Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies which are subject to your dispute. |

| Dispute Summary | | |
|---|---|---|
| **Address** | 1312 CANTERA RD, PHARR, TX  78 577 | This is a fraudulent address. |
| **Inquiries** | DIRECTV/04/23/14 | This is a fraudulent inquiry. |
| **Inquiries** | DISH NETWORK LLC/08/27/13 | This is a fraudulent inquiry. |





OMB No. 1545-0008 **Form W-2 Wage and Tax Statement** **2014**

| a Employee's social security number | 1 Wages, tips, other comp.<br>33952.50 | 2 Federal income tax withheld<br>2069.35 |
|---|---|---|
| | 3 Social security wages<br>36352.50 | 4 Social security tax withheld<br>2253.85 |
| c Employer ID number (EIN) | 5 Medicare wages and tips<br>36352.50 | 6 Medicare tax withheld<br>527.13 |

c Employer's name, address, and ZIP code

ELIZABETH A. LINDER DDS PA
PALM HARBOR PERIODONTICS
36314 US HIGHWAY 19 N
PALM HARBOR FL 34684

d Control number

e Employee's name, address, and ZIP code

PERI DOMANTE

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12<br>S   2400.00 |
| 12b | 12c | 12d |
| 13 Statutory employee ☐   Retirement plan ☒ | | Third-party sick pay ☐ |
| 14 Other | | |

| FL   1494867 | 33952.50 | |
|---|---|---|
| 15 State Employer's state ( ID # | 16 State wages, tips, etc. | 17 State income tax |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Copy C For EMPLOYEE'S RECORDS (See Notice on back.)**
**DXA**

Dept. of the Treasury - IRS

---

OMB No. 1545-0008 **Form W-2 Wage and Tax Statement** **2014**

| a Employee's social security number | 1 Wages, tips, other comp.<br>33952.50 | 2 Federal income tax withheld<br>2069.35 |
|---|---|---|
| | 3 Social security wages<br>36352.50 | 4 Social security tax withheld<br>2253.85 |
| c Employer ID number (EIN) | 5 Medicare wages and tips<br>36352.50 | 6 Medicare tax withheld<br>527.13 |

c Employer's name, address, and ZIP code

ELIZABETH A. LINDER DDS PA
PALM HARBOR PERIODONTICS
36314 US HIGHWAY 19 N
PALM HARBOR FL 34684

d Control number

e Employee's name, address, and ZIP code

PERI DOMANTE

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12<br>S   2400.00 |
| 12b | 12c | 12d |
| 13 Statutory employee ☐   Retirement plan ☒ | | Third-party sick pay ☐ |
| 14 Other | | |

| FL   1494867 | 33952.50 | |
|---|---|---|
| 15 State Employer's state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Copy 2 To be Filed With Employee's State, City,**
**or Local Income Tax Return**
**DXA**

Dept. of the Treasury - IRS





# STATEMENT OF ELECTRIC SERVICE

FEBRUARY 2015

ACCOUNT NUMBER


| FOR CUSTOMER SERVICE OR PAYMENT LOCATIONS CALL: 1-727-443-2641 | PERI M DOMANTE | DUE DATE FEB 23 2015 | TOTAL AMOUNT DUE 209.07 |
|---|---|---|---|
| WEB SITE: www.duke-energy.com | FL 33777 | NEXT READ DATE ON OR ABOUT | DEPOSIT AMOUNT ON ACCOUNT |
| TO REPORT A POWER OUTAGE: 1-800-228-8485 | SERVICE ADDRESS   FL 33777 | MAR 04 2015 | NONE |



**PIN:**

YOUR PAYMENT FOR THIS STATEMENT WILL BE ELECTRONICALLY PROCESSED
FOR        $209.07 ON 02/23/15
PAYMENTS RECEIVED AS OF JAN 22 2015          280.66  THANK YOU

## METER READINGS

| METER NO. | 001840843 |
|---|---|
| PRESENT (ACTUAL) | 061537 |
| PREVIOUS (ACTUAL) | 059939 |
| DIFFERENCE | 001598 |
| TOTAL KWH | 1598 |

```
RS-1      001 RESIDENTIAL SERVICE
BILLING PERIOD..12-31-14 TO 01-30-15    30  DAYS
CUSTOMER CHARGE                                              8.76
ENERGY CHARGE
  FIRST 1000 KWH              1000 KWH @  7.00100¢          70.01
  ABOVE 1000 KWH               598 KWH @  8.36300¢          50.01
FUEL CHARGE
  FIRST 1000 KWH              1000 KWH @  4.32300¢          43.23
  ABOVE 1000 KWH               598 KWH @  5.32300¢          31.83
                                                         --------
*TOTAL ELECTRIC COST                                       203.84
GROSS RECEIPTS TAX                                           5.23
                                                         --------
TOTAL CURRENT BILL                                         209.07

TOTAL DUE THIS STATEMENT                                  $209.07
```



## ENERGY USE

| DAILY AVG. USE - | 53 KWH/DAY |
|---|---|
| USE ONE YEAR AGO - | 71 KWH/DAY |
| *DAILY AVG. ELECTRIC COST - | $6.79 |

Duke Energy Florida utilized fuel in the following proportions to generate your power: Coal 29%, Purchased Power 15%, Gas 56%, Oil 0%, Nuclear 0% (For Prior 12 months ending December 31, 2014). Colder weather increases the demand for energy. We understand your bill may be higher and we'd like to help. Visit duke-energy.com for billing and payment options, as well as tips to lower your energy bill.
Avoid home wiring repair expenses and get up to $1,200 in annual coverage toward repairs. Learn more at duke-energy.com/homewire.

**Duke Energy**

000022756 01 AV    0.378

PERI M DOMANTE



**We're here to help. Contact us.**

Visit duke-energy.com for self-service options, including address and phone number changes, reporting a power or streetlight outage, duplicate bills, account balance and history, e-bill, start, stop or move electric service requests and more.

Our most popular online features are now available for you to use on the go. Use your mobile device to view your account, view and pay your bill, report a power outage or request a streetlight repair, find a payment location and get Twitter updates. To enjoy the ease and convenience of our mobile site, visit duke-energy.com.

**Reporting outages:** call 800.228.8485 or via the Web at duke-energy.com/outage.

**For business transactions** call 877.372.8477. Business hours are 7 a.m. – 6 p.m. Monday through Friday; however, our automated voice response system can address most of your service needs 24 hours a day.

**Spanish-speaking residential customers - Para nuestros clientes que hablan Español,** representantes bilingües están disponibles para asistirle de lunes a viernes de 7 a.m. – 9 p.m. Para obtener información o reportar problemas con su servicio eléctrico.

**Digging in your yard?** Whether you are planning to do it yourself or hire a profes-sional, call Florida's toll-free underground utility locating service before you dig at 811 or 800.432.4770.

**Written inquiries and correspondence** *(no bill payments please):* Duke Energy, P.O. Box 14042, St. Petersburg, FL 33733

**Payment information**
The delinquent date on your bill applies to current charges only. Any unpaid, past due charges are not extended to the new due date and may result in disconnection.

**Payment locations**
Duke Energy recommends customers use either direct payment options or company-authorized payment locations. To find a paystation near you, visit us at duke-energy.com or call 888.893.9392. Payment locations that are not part of the authorized Duke Energy network cannot guarantee timely transfer of payment to Duke Energy, which can result in accounting delays and in some instances disconnections for nonpayment.

**Make bill paying easier**
- **e-bill:** view and pay your electric bill online – it's free, fast and secure.
- **Budget Bill:** take the peaks and valleys out of your residential electric bill.
- **Automatic Draft:** save time and postage by having your payments automatically drafted from your bank account each month.
- **EZ-Pay:** make a payment via credit card, debit card or electronic check at duke-energy.com or by calling 866.374.5376. This service is available 24/7 and includes a convenience charge by a third-party vendor.
- **Electronic Check:** when you mail us a check as payment, you authorize us to convert your check into an electronic check payment or to process the payment as a check image.

---

Mail your payments to: Duke Energy P.O. Box 1004 Charlotte, NC 28201
**For Online Bank Bill Pay Select:** Duke Energy Florida P.O. Box 1004 Charlotte, NC 28201

**Save energy and money**
Duke Energy offers energy-efficiency programs to help you save money and energy, including a free Home Energy Check available online, via phone or mail, or in your home.

An optional home energy rating inspection including payback estimates can be conducted by a state certified rater for a fee, if desired. For more information, visit duke-energy.com/save or call 888.302.8348.

**Special needs customers**
Florida Statutes establish a registration program available through county and municipal emergency management agencies for customers who may need special assistance during evacuations and sheltering. Customers with special needs may contact their local emergency management agency for registration and more information.

**Medically Essential Program**
Duke Energy's Medically Essential Program identifies residential customers who are dependent on continuously electric-powered medical equipment. Participation in the program does not guarantee uninterrupted electric service. The program does not automatically extend electric bill due dates, nor does it provide priority restoration.

The benefits/guidelines of the Medically Essential Program include:
- Advanced notification of interruption of service due to nonpayment of electric bill and preplanned outages
- Advanced warning of hurricanes/major storms with emphasis on making proper arrangements
- Customers are required to pay their bills on time or will be subject to disconnection

To qualify, in accordance with Florida Statute Title XXVII Chapter 366.15:
- The patient must reside at the customer of record address
- Qualify annually and complete forms supplied by the public utility by a Florida licensed physician
- Be dependent on continuously electric-powered medical equipment to avoid the loss of life or immediate hospitalization

In the event of loss of power, it is the customer's responsibility to have a power backup system for their medical equipment, as well as an action plan for proceeding to the nearest medical facility.

To apply for participation in the Medically Essential Program, please call 800.700.8744.

**Important safety reminders**
- Stay away from power lines. Keep ladders and other objects at least 10 feet away from all overhead power lines, including service lines into your home.
- Always assume that a power line lying on the ground, on your car after an accident or hanging close to the ground is energized and dangerous and stay away. To report dangerous lines, call 800.228.8485.
- Activity near power lines can be life-threatening. Please use caution, and hire professionals when appropriate. Remember that tree limbs conduct electricity when in contact with a power line.

---

©2013 Duke Energy Corporation  12-1916  04/14

## PINELLAS COUNTY SHERIFF'S OFFICE

### *ACISS PCSO - OFFENSE Report*

Report Date: 06/28/2013

### Primary Information

| | |
|---|---|
| Report Number: | |
| Report Date: | 06/28/2013 |
| Type Of Report: | **PCSO - OFFENSE** |
| Occurence From: | **06/28/2013 16:34** |
| Occurence To: | **06/28/2013 16:34** |
| Source Of Call: | **FRONT DESK** |
| Dissemination Code: | **UNCLASSIFIED** |
| Shift: | **BRAVO - EARLY** |
| Reporting LEO: | **CRANDALL, EDWIN A DEP (52876 / SQUAD 2 - EVES / PINELLAS COUNTY SHERIFF'S OFFICE)** |
| Approval Status: | **Approved** |
| Approved Date: | **07/01/2013** |
| Approved By: | **SMALLEY, MICHAEL J SGT (55522 / SQUAD 3 - EVES / PINELLAS COUNTY SHERIFF'S OFFICE)** |

### Response Information

| | |
|---|---|
| Time Call Received: | **06/28/2013 16:34** |
| Time Dispatched: | **06/28/2013 16:34** |
| Time Arrived: | **06/28/2013 16:34** |
| Time Completed: | **06/28/2013 17:14** |

### Related Addresses

| Address | | Relationship |
|---|---|---|
| | UNITED STATES | OCCURRED |

### Related Charges

| Offense Type | Offense | Attempted/Committed | Statute | UCR Class |
|---|---|---|---|---|
| FELONY | CRIMINAL USE PERSONAL ID | COMMITTED | 817.568 | 9000 |

### Related Subjects

| Name | Type | Sex | Race | DOB | Relationship |
|---|---|---|---|---|---|
| DOMANTE, PERI M | PERSON | FEMALE | WHITE | 8/25/1967 | COMPLAINANT/VICTIM |
| DISH NETWORK | BUSINESS | --- | --- | --- | OTHER |

### Analysis Information

| | |
|---|---|
| Sick Or Injured: | **NO** |
| Alarm: | **NO** |
| Location Type: | **RESIDENCE** |
| Forced Entry: | **NOT APPLICABLE** |
| Alcohol Related: | **NO** |
| Drug Related: | **NO** |

*This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.*

*PINELLAS COUNTY SHERIFF'S OFFICE*

**ACISS PCSO - OFFENSE Report**

Report Date: 06/28/2013

## Analysis Information - Continued

| | |
|---|---|
| Hate Crime: | NO |
| Sex Crime: | NO |
| Juvenile Crime: | NO |
| Domestic Violence: | NO |
| Senior Abuse: | NO |
| Child Abuse: | NO |
| Gang Related: | NO |
| School Zone: | NO |
| Public Housing: | NO |
| Signature Act: | NO |

## Record Status Information

| | |
|---|---|
| Record Origination Operator: | ACISS System (PINELLAS COUNTY SHERIFF'S OFFICE) |
| Record Origination Date: | 06/28/2013 17:20 |
| Last Update Operator: | SMALLEY, MICHAEL J SGT (55522 / SQUAD 3 - EVES / PINELLAS COUNTY SHERIFF'S OFFICE) |
| Last Update Date: | 07/01/2013 17:43 |

| Reporting LEO | Date | Supervisor | Date |
|---|---|---|---|
| CRANDALL, EDWIN A DEP (52876 / SQUAD 2 - EVES / PINELLAS COUNTY SHERIFF'S OFFICE) | | SMALLEY, MICHAEL J SGT (55522 / SQUAD 3 - EVES / PINELLAS COUNTY SHERIFF'S OFFICE) | 7/2/2013 |
| | | | |

*This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.*

## PINELLAS COUNTY SHERIFF'S OFFICE

### *ACISS PCSO - SUPPLEMENT Report*

Report Date: 07/01/2013

| Primary Information | |
| --- | --- |
| Report Number: | |
| Report Date: | 07/01/2013 |
| Type Of Report: | PCSO - SUPPLEMENT |
| Description: | CONTACT WITH PERI DOMANTE |
| Dissemination Code: | UNCLASSIFIED |
| Reporting LEO: | MINZER, DALE L CJS (56202 / ECONOMIC CRIME / PINELLAS COUNTY SHERIFF'S OFFICE) |
| Approval Status: | Approved |
| Approved Date: | 07/01/2013 |
| Approved By: | KELLY, TIMOTHY J SGT (56294 / ECONOMIC CRIME / PINELLAS COUNTY SHERIFF'S OFFICE) |

### Synopsis

ON THE ABOVE-LISTED DATE AND TIME, I SPOKE WITH THE COMPLAINANT, PERI DOMANTE, TO OBTAIN ADDITIONAL INFORMATION. DOMANTE STATED SHE WAS REVIEWING HER CREDIT REPORT AND OBSERVED AN OUTSTANDING DEBT FROM DISH NETWORK                    ). SHE SAID SHE CONTACTED DISH WHO THEN STARTED SENDING HER COLLECTION'S NOTICES FOR A PAST DUE BALANCE OF $943.28. SHE STATED THE ACCOUNT WAS OPENED FROM JUNE 11, 2011-JAN. 9, 2012. DOMANTE SAID THE ACCOUNT WAS OPENED IN EITHER WALLACE OR TURKEY, NC.

AT THIS TIME, DOMANTE WAS IN THE PROCESS OF DISPUTING THE ACCOUNT WITH DISH NETWORK. SHE STATED SHE IS UNAWARE OF HOW OR WHERE HER PERSONAL INFORMATION WAS OBTAINED. SHE WAS REFERRED TO BOTH THE FTC AND CREDIT BUREAUS.

CASE INACTIVE/SUSPENDED.

### Related Subjects

| Name | Type | Sex | Race | DOB | Relationship |
| --- | --- | --- | --- | --- | --- |
| DOMANTE, PERI M | PERSON | FEMALE | WHITE | 8/25/1967 | COMPLAINANT/VICTIM |
| DISH NETWORK | BUSINESS | --- | --- | --- | OTHER |
| | PERSON | UNKNOWN | UNKNOWN | --- | SUSPECT |

| Record Status Information | |
| --- | --- |
| Record Origination Operator: | MINZER, DALE L CJS (56202 / ECONOMIC CRIME / PINELLAS COUNTY SHERIFF'S OFFICE) |
| Record Origination Date: | 07/01/2013 08:37 |
| Last Update Operator: | KELLY, TIMOTHY J SGT (56294 / ECONOMIC CRIME / PINELLAS COUNTY SHERIFF'S OFFICE) |
| Last Update Date: | 07/01/2013 13:12 |

| Reporting LEO | Date | Supervisor | Date |
| --- | --- | --- | --- |
| MINZER, DALE L CJS (56202 / ECONOMIC CRIME / PINELLAS COUNTY SHERIFF'S OFFICE) | | KELLY, TIMOTHY J SGT (56294 / ECONOMIC CRIME / PINELLAS COUNTY SHERIFF'S OFFICE) | 7/2/2013 |
| | | | |

*This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.*

# S e n t   J o u r n a l

```
Date : FEB-24-2015  TUE 12:46
Name : INF
Tel. : ███████████
```

| No. | Fax Name/Number | Start Time | Time | Mode | Pages | Result |
|-----|-----------------|------------|------|------|-------|--------|
| 633 | 3411413 | 10-25 07:19 | 00'59" | ECM | 4/4 | Ok |
| 634 | 7913820 | 10-29 11:15 | 01'22" | G3 | 4/4 | Ok |
| 635 | 13178884468 | 10-31 09:49 | 00'22" | ECM | 1 | Ok |
| 636 | 9438958 | 11-01 08:00 | 00'26" | ECM | 1 | Ok |
| 637 | 13525967898 | 11-05 08:34 | 00'19" | ECM | 1/1 | Ok |
| 638 | 5880702 | 11-07 09:16 | 00'51" | ECM | 1 | Ok |
| 639 | 12122434207 | 11-08 12:40 | 00'00" | ECM | 0/1 | Cancel Pressed |
| 640 | 8445303 | 11-12 11:03 | 00'45" | ECM | 2/2 | Ok |
| 641 | 18009051851 | 11-12 13:02 | 00'38" | ECM | 2/2 | Ok |
| 642 | 19492961137 | 11-19 09:07 | 00'25" | ECM | 1 | Ok |
| 643 | 8132223066 | 11-19 09:09 | 00'29" | ECM | 1/1 | Ok |
| 644 | 7858477 | 11-19 12:32 | 00'27" | ECM | 1/1 | Ok |
| 645 | 7868700 | 11-19 13:52 | 00'36" | ECM | 2/2 | Ok |
| 646 | 14072957960 | 12-03 08:51 | 01'30" | G3 | 2/2 | Ok |
| 647 | 9426310 | 12-05 10:29 | 00'30" | ECM | 1/1 | Ok |
| 648 | 14692525935 | 12-05 12:47 | 00'00" | ECM | 0/2 | Cancel Pressed |
| 649 | 14692525935 | 12-05 12:48 | 01'00" | G3 | 2/2 | Ok |
| 650 | 18002474450 | 12-10 10:53 | 02'15" | ECM | 4/4 | Ok |
| 651 | 7267425 | 12-10 12:23 | 00'36" | ECM | 2/2 | Ok |
| 652 | 2606190 | 12-13 08:54 | 00'38" | ECM | 2/2 | Ok |
| 653 | 18593896505 | 12-30 10:36 | 00'00" | ECM | 0/3 | Cancel Pressed |
| 654 | 18882625167 | 01-09 08:34 | 00'28" | G3 | 1/1 | Ok |
| 655 | 19034430822 | 01-13 10:22 | 00'34" | G3 | 0/9 | Send Error |
| 656 | 19034430822 | 01-13 10:43 | 06'10" | G3 | 13/13 | Ok |
| 657 | 19034430822 | 01-13 10:52 | 05'00" | G3 | 11/11 | Ok |
| 658 | 14073302722 | 01-14 10:45 | 01'18" | G3 | 3/3 | Ok |
| 659 | 18636805308 | 01-16 09:51 | 00'26" | ECM | 2/2 | Ok |
| 660 | 18774996591 | 01-20 10:46 | 00'56" | ECM | 3/3 | Ok |
| 661 | 18593896505 | 01-27 08:36 | 00'39" | ECM | 2/2 | Ok |
| 662 | 8689551 | 01-27 08:52 | 00'31" | ECM | 2/2 | Ok |
| 663 | 8138551009 | 01-30 10:57 | 01'15" | ECM | 5/5 | Ok |
| 664 | 7717555 | 01-30 11:02 | 01'25" | ECM | 5/5 | Ok |
| 665 | 18552439119 | 02-06 12:47 | 01'02" | ECM | 4/4 | Ok |
| 666 | 4614835 | 02-13 08:40 | 00'39" | ECM | 3/3 | Ok |
| 667 | 18606977685 | 02-14 11:07 | 00'31" | ECM | 1/1 | Ok |
| 668 | 18593896505 | 02-14 11:52 | 00'32" | ECM | 1/1 | Ok |
| 669 | 4614835 | 02-20 10:06 | 00'32" | ECM | 2/2 | Ok |
| 670 | 18598256726 | 02-21 10:21 | 00'29" | ECM | 1/1 | Ok |
| 671 | 18888260549 | 02-24 10:05 | 02'40" | ECM | 9/9 | Ok |
| 672 | 13522945310 | 02-24 12:32 | 01'47" | ECM | 4/4 | Ok |



# Identity Theft Repair Kit

The Identity Theft Repair Kit contains a resolution checklist and resolution worksheets. The checklist will help you keep track of the companies and organizations you should contact if you believe you are a victim of identity theft. Use the resolution worksheets to document your conversations.

## Resolution Checklist

☐ **1. Contact Wells Fargo.**
- Report any fraudulent activity on your Wells Fargo accounts by calling us at 1-800-TO-WELLS (1-800-869-3557).
- Review activity on all accounts, including your checking, savings, credit card, debit card, loans, or online banking accounts, and look for changed addresses, changed Personal Identification Numbers (PINs), or new cards ordered.
- Close accounts that have been breached and reopen them with new account numbers, passwords, and PINs.
- Change your online banking username and password.

☐ **2. Contact the major credit bureaus.**
- o Equifax: 1-800-525-6285 or www.equifax.com
- o Experian: 1-888-397-3742 or www.experian.com
- o TransUnion: 1-800-680-7289 or www.transunion.com
- Place a "fraud alert" on your credit file.
- Request a free copy of your credit report.

☐ **3. Contact other creditors.**
- Contact credit card companies, utility providers, banks, lenders and financial institutions.
- Follow up phone conversations with a letter or email.
- Close accounts that have been breached and reopen them with new account numbers, passwords, and PINs.

☐ **4. File a report with local police.**
- A police report will lend credibility to your case when dealing with creditors who may require proof of criminal activity.

☐ **5. Report the criminal activity to the Federal Trade Commission (FTC).**
- Call 1-877-ID THEFT (1-877-438-4338) to speak with a trained identity theft counselor.
- You can also file your complaint online at www.consumer.gov/idtheft.

☐ **6. Contact other agencies as appropriate.**
- Notify the **Postal Inspection Service** if you believe your mail was stolen or redirected: www.usps.com.
- Call the **Social Security Fraud Hotline** if you suspect someone is using your Social Security number for fraudulent purposes: 1-800-269-0271.
- Contact your local **Department of Motor Vehicles** office if you believe someone is trying to get a driver's license or identification card using your name and information: www.dmv.org.

☐ **7. Continue to carefully review all your accounts.**
- Since identity theft can take time to completely resolve, carefully review all charges and transactions appearing on account statements and online.
- Report any discrepancies immediately.

© 2009 Wells Fargo Bank, N.A. All rights reserved.

## Resolution Worksheets
Keep track of the organizations you contact.

**Wells Fargo**
Review all accounts, including checking, savings, credit card, debit card, loans, and online banking accounts. Change account numbers, passwords and PINs on accounts that have been compromised. DO NOT WRITE DOWN NEW PASSWORDS, PINS, OR ACCOUNT NUMBERS.

| Account Type | Date Contacted | Contact Name | Notes |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

© 2009 Wells Fargo Bank, N.A. All rights reserved.

**Credit Bureaus**
Place a fraud alert on your credit file. Request a copy of your credit report.

| Bureau | Date contacted | Contact name | Notes |
|---|---|---|---|
| Equifax<br>1-800-525-6285<br>www.equifax.com | | | |
| Experian<br>1-888-397-3742<br>www.experian.com | | | |
| Trans Union<br>1-800-680-7289<br>www.transunion.com | | | |

**Banks, Credit Issuers, and Other Financial Institutions**
Change account numbers, passwords and PINs on accounts that have been compromised. DO NOT WRITE DOWN NEW PASSWORDS, PINS, OR ACCOUNT NUMBERS.

| Financial Institution | Account Type | Date Contacted | Contact Name | Notes |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

© 2009 Wells Fargo Bank, N.A. All rights reserved.

3

**Law Enforcement Authorities**
Report criminal activity to the appropriate agencies.

| Organization | Date Contacted | Contact Name | Report Number | Notes |
|---|---|---|---|---|
| Federal Trade Commission 1-877-ID THEFT www.consumer.gov/idtheft | | | | |
| Local police department | | | | |
| | | | | |
| | | | | |

**Other Agencies**

| Agency | Date Contacted | Contact Name | Reference # | Notes |
|---|---|---|---|---|
| Postal Inspection Service www.usps.com | | | | |
| Social Security Fraud Hotline 1-800-269-0271 | | | | |
| Department of Motor Vehicle office www.dmv.org | | | | |

© 2009 Wells Fargo Bank, N.A. All rights reserved.

4

**Account Statement and Activity Review**

Track the arrival of your statements, including the dates you received them. Also verify that the account activity is legitimate.

| Issuer | Account Type | Date Received | Suspicious Transactions? | Notes |
|---|---|---|---|---|
| Wells Fargo | | | | |
| | | | | |
| | | | | |
| | | | | |

**Additional Notes:**

© 2009 Wells Fargo Bank, N.A. All rights reserved.

Repeat these steps
for each credit report

Fill out          Pick the reports          Review your          Get your next          Have questions?
a form            you want                  credit report         report or finish       → Contact us

Equifax

Your Annual Equifax Credit Report

**Get Started** >> Verify >> View Report
Equifax understands the importance of keeping your information secure from unauthorized access. All of your data, such as your SSN and    Equifax Secure Site
Card Number, is encrypted before being transmitted to/from our servers. For your security, this site requires the use of a 128-bit SSL compatible browser.

## Your Free Equifax Credit File

Thank you for your order. Your transaction code is **1-33436250546** . Please make a note of this number or print this page; the transaction code will serve as a
record of your order.

**Your free annual credit report is now available for printing or viewing. Please print your report now as it will only be available for you to review and
print during this session with Equifax.**

*View* **and Print your report**
Get Started

Copyright Equifax 2015

Privacy Policy
Terms of Use
Security Policy
Disclosure Information
Site Map
Contact

Repeat these steps
for each credit report

Get your next                    Have questions?
report or finish                 → Contact us

Equifax

Your Annual Equifax Credit Report

**Get Started** >> Verify >> View Report
Equifax understands the importance of keeping your information secure from unauthorized access. All of your data, such as your SSN and     Equifax Secure Site
Card Number, is encrypted before being transmitted to/from our servers. For your security, this site requires the use of a 128-bit SSL compatible browser.

## Your Free Equifax Credit File

Thank you for your order. Your transaction code is **1-33435288536** . Please make a note of this number or print this page; the transaction code will serve as a
record of your order.

**Your free annual credit report is now available for printing or viewing. Please print your report now as it will only be available for you to review and
print during this session with Equifax.**

*View and Print* **your report**
Get Started

Copyright Equifax 2015

Privacy Policy
Terms of Use
Security Policy
Disclosure Information
Site Map
Contact

P.O. Box 105069
Atlanta, GA 30348

February 27, 2015

 **EQUIFAX**

To Start An Investigation, Please Visit Us At:
www.investigate.equifax.com





Peri M Domante

Dear Peri M Domante:

Enclosed is a copy of your Equifax credit file. Please review it for any unauthorized accounts or inquiries. If unauthorized information is reporting on your Equifax credit file, you may start an investigation immediately on-line at www.investigate.equifax.com. Using the Internet to initiate an on-line investigation request will expedite the resolution of your concerns. You may also start an investigation by completing and returning the enclosed Research Request Form or by calling the toll free telephone number on the credit file. Please advise us of any documents that may help us in the reinvestigation, such as an identity theft report or letters from credit grantors.

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

You should contact the credit grantors that are reporting information you believe is fraudulent. Ask them to explain their fraud investigation process, what steps should be taken and how long the process normally takes. Additionally request that they send you a letter or documentation stating the results of the investigation. Upon receipt, forward a copy of that letter to us.

If your ID information, such as driver's license or social security card, was lost or stolen, contact the appropriate issuing agency.

**Results Of Your Investigation**    *(For your security, the last 4 digits of your credit account number(s) have been replaced by \*)*

**>>> We have reviewed the former address. The results are:** The disputed address has been deleted. *1312 Cantera Rd Pharr TX 78577 Residence Since: 01/2015*

---

**Get Informed. Be empowered.**

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Visit us at **www.equifax.com/CreditReportAssistance** or Call us at 866-349-5186.

---

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/13 | $72,602 | $526 | $525 | 1/1/2013 | $80,000 | | | Conventional Re Mortgage | | |

Additional Information: Fannie Mae Account; Fixed Rate

---

**Wells FARGO Home Mortgage**   PO Box 10335 Des Moines IA 50306-0335 : (800) 288-3212

| | | Date Opened 09/18/2006 | High Credit $344,000 | Credit Limit | | Terms Duration 30 Years | Terms Frequency Monthly | | Months Revd 66 | Activity Designator Paid and Closed | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Reported 09/07/2012 | Balance Amount $0 | Amount Past Due | Date of Last Paymnt 07/2012 | Actual Paymnt Amount $317,771 | Scheduled Paymnt Amount $2,118 | Date of 1st Delinquency | Date of Last Activity 07/2012 | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |

Status - Pays As Agreed; Type of Account - Mortgage; Type of Loan - Conventional Re Mortgage; Whose Account - Joint Account;  ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Fixed Rate;

---

**Wffnb/Recreational Factory War**   CSCL Dispute Team MAC N8235-04M,PO Box 1 Des Moines IA 50306

| | | Date Opened 10/17/2007 | High Credit $8,200 | Credit Limit $8,400 | | Terms Duration | Terms Frequency Monthly | | Months Revd 50 | Activity Designator Paid and Closed | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Reported 12/16/2011 | Balance Amount $0 | Amount Past Due | Date of Last Paymnt 12/2008 | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity 12/2008 | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed 07/2010 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Joint Account;  ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Account Closed By Credit Grantor;

---

### Inquiries that display to companies  (may impact your credit score)

This section lists companies that requested your credit file. Credit grantors may view these requests when evaluating your credit worthiness. Employment inquiries do not impact your credit score.

| Company Information | Inquiry Date(s) |
|---|---|
| Cbcinnovis::GTE FINANCIAL <br> PO Box 1838  Columbus, OH 43216-1838  Phone: (877) 237-8317 | 08/13/2014 |
| Cbcinnovis::102GTE FINANCIAL <br> PO Box 1838  Columbus, OH 43216-1838  Phone: (877) 237-8317 | 05/16/2014 |
| Directv <br> 2230 E Imperial Hwy M S LA1/N368 El Segundo, CA 90245-3504 Phone: (877) 333-4102 | 04/23/2014 |
| Dish Network <br> 9601 S Meridian Blvd Bldg 1B Englewood, CO 80112-5905 Phone: (866) 940-9195 | 08/27/2013 |
| Corelogic Credco::WELLS FARGO BANK NA <br> PO Box 509124  San Diego, CA 92150-9124 Phone: (800) 523-0233 | 06/25/2013   06/24/2013   04/08/2013 |

( Continued On Next Page )



**Peri Domante**

Phone: ███████

Attn: Bryan

TO: Christopher   FROM: Operator

FAX #: (303) 723-   FAX #:   ID #

DATE: 8/7/15   2063   # OF PAGES: 2   3Z0

MESSAGE:

Thank you for your help

FreeFaxCoverSheets.net

## *Peri Domante, RDH*

[black redaction box]

DATE: 8/21/15

TO: Fraud Dept. – Equifax

FROM: Peri Domante

FAX #: 888-826-0549

SUBJECT: Confirmation # 5233042668

Total pages including this cover sheet: 4

IF THIS TRANSMISSION IS NOT CLEARLY RECEIVED, PLEASE CONTACT __Peri__ AT [black redaction box]

MEMO:_____

_____

_____

_____

_____

**ORIGINAL DOCUMENTS HAVE BEEN:**

( )   MAILED-FIRST CLASS U. S. POSTAGE
( )   MAILED-CERTIFIED MAIL, RETURN RECEIPT REQUESTED
( )   EXPRESS MAIL/UPS NEXT DAY DELIVERY
(X)   NOT FORWARDED

### CONFIDENTIALITY NOTE

The materials and information contained in this telecopy transmission are privileged and confidential and intended only for the individual(s) named above.  If you are not the intended recipient, or the employee responsible to deliver it to the intended recipient, you are hereby notified that any disclosure, distribution, copying dissemination, use or the taking of any action in reliance on the contents of this message is strictly prohibited.  If you have received this transmission in error, please immediately notify us by telephone so that we can arrange for the return to us of the original message and documents and any copies at no cost to you. Thank you for your cooperation.

TRANSMISSION VERIFICATION REPORT

*Equifax*

TIME : 08/21/2015 16:56
SER.# : C7K841070

| | |
|---|---|
| DATE,TIME | 08/21 16:52 |
| FAX NO./NAME | 18888260549 |
| DURATION | 00:02:57 |
| PAGE(S) | 04 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

NG : POOR LINE CONDITION

| | |
|---|---|
| DATE,TIME | 05/27 09:06 |
| FAX NO./NAME | 5357578 |
| DURATION | 00:00:21 |
| PAGE(S) | 00 |
| RESULT | SEND AGAIN |
| MODE | STANDARD |

TIME : 05/27/2015 09:07
SER.# : C7K841070

TRANSMISSION VERIFICATION REPORT

P.O. Box 105069
Atlanta, GA 30348

August 25, 2015



 To Start An Investigation, Please Visit Us At:
www.investigate.equifax.com





Peri M Domante

Dear Peri M Domante:

Enclosed is a copy of your Equifax credit file. Please review it for any unauthorized accounts or inquiries.  If unauthorized information is reporting on your Equifax credit file, you may start an investigation immediately on-line at www.investigate.equifax.com. Using the Internet to initiate an on-line investigation request will expedite the resolution of your concerns. You may also start an investigation by completing and returning the enclosed Research Request Form or by calling the toll free telephone number on the credit file. Please advise us of any documents that may help us in the reinvestigation, such as an identity theft report or letters from credit grantors.

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

You should contact the credit grantors that are reporting information you believe is fraudulent. Ask them to explain their fraud investigation process, what steps should be taken and how long the process normally takes. Additionally request that they send you a letter or documentation stating the results of the investigation. Upon receipt, forward a copy of that letter to us.

If your ID information, such as driver's license or social security card, was lost or stolen, contact the appropriate issuing agency.

**Results Of Your Investigation**    *(For your security, the last 4 digits of your credit account number(s) have been replaced by \*)*

>>> *We have reviewed your concerns and our conclusions are:*

Please be advised that Equifax, at this time will not block the information subject to the submitted identity theft and Or police report you provided as part of your dispute. We are contacting each creditor directly to verify the account On your behalf. We will also forward a copy of documents you have provided to each creditor for their review.

---

### Get Informed. Be empowered.

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Visit us at **www.equifax.com/CreditReportAssistance** or Call us at  866-349-5186.

---

# EQUIFAX

## CREDIT FILE : August 25, 2015

**Confirmation #** ████

### Personal Identification Information *(This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)*

Name On File:        Peri M Domante

Social Security #                Date of Birth: August 25, 1967

Current Address:

Previous Address(es):

Formerly Known As:    Peri M Arison

Last Reported Employment:    Ealinderdds;

Previous Employment(s):    Ealinderdds;

Asst; Dr John Harrison; Stpe FL; Since 01/1988; Verified 07/1988

**ALERT(s):  Extended Fraud Alert**

**File Blocked For Promotional Purposes**

Contact Information:  Expiration Date: 06/30/2021 ;  Date Reported: 06/20/2014 ;  Daytime Phone:

████  Comments: RECVD FROM TUC

FRAUD 3RD PARTY

**Please address all future correspondence to:**



www.investigate.equifax.com

Equifax Information Services LLC
P. O. Box 105069
Atlanta, GA 30348



Phone: (877) 528-6481
M - F 9:00am to 5:00pm in your time zone.

### Collection Agency Information  *(This section includes accounts that credit grantors have placed for collection with a collection agency.)*

Enhanced Recovery Corp;  Collection Reported 08/2015; Assigned 07/2015; Creditor Class - Cable/Cellular; Client - Dish; Amount - $1,138 ; Status as of 08/2015 - Unpaid; Date of 1st Delinquency 11/2013; Balance as of 08/2015 - $1,138 ; Individual Account; Account # - ████  ADDITIONAL INFORMATION - Consumer Disputes - Reinvestigation in Process; **Address:** PO Box 57547  Jacksonville FL 32241-7547 ; (800) 496-8941

### Credit Account Information
*(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors)*

### Account Column Title Descriptions:

| | |
|---|---|
| Account Number - The Account number reported by credit grantor | Amount Past Due - The Amount Past Due as of the Date Reported |
| Date Acct. Opened - The Date that the credit grantor opened the account | Date of Last Paymnt - The Date of Last Payment |
| High Credit - The Highest Amount Charged | Actual Pay Amt - The Actual Amount of Last Payment |
| Credit Limit - The Highest Amount Permitted | Sched Pay Amt - The Requested Amount of Last Payment |
| Terms Duration - The Number of Installments or Payments | Date of 1st Delinquency - The Date of First Delinquency |
| Terms Frequency - The Scheduled Time Between Payments | Date of Last Actvty - The Date of the Last Account Activity |
| Months Reviewed - The Number of Months Reviewed | Date Maj Delq Rptd - The Date the 1st Major Delinquency Was Reported |
| Activity Designator - The Most Recent Account Activity | Charge Off Amt - The Amount Charged Off by Creditor |
| Creditor Class - The Type of Company Reporting The Account | Deferred Pay Date - The 1st Payment Due Date for Deferred Loans |
| Date Reported - Date of Last Reported Update | Balloon Pay Amt - The Amount of Final(Balloon) Payment |
| Balance Amount - The Total Amount Owed as of the Date Reported | Balloon Pay Date - The Date of Final(Balloon) Payment |
| Status - Condition of Account When Last Updated by Creditor or Otherwise | Date Closed - The Date the Account was Closed |

| **Account History Status Code Descriptions** | 1 : 30-59 Days Past Due<br>2 : 60-89 Days Past Due<br>3 : 90-119 Days Past Due<br>4 : 120-149 Days Past Due | 5 : 150-179 Days Past Due<br>6 : 180 or More Days Past Due<br>G : Collection Account<br>H : Foreclosure | J : Voluntary Surrender<br>K : Repossession<br>L : Charge Off |
|---|---|---|---|



**EQUIFAX**

*CREDIT FILE :* **August 25, 2015**

*Confirmation #* ▮▮▮▮▮▮▮▮



P. O. Box 105518
Atlanta, GA 30348

Dear Peri M Domante:

Below are the results of your reinvestigation request and, as applicable, any revisions to your credit file.  If you have additional questions regarding the reinvestigated items, please contact the source of that information directly.  You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 425−7961 from 9:00am to 5:00pm  Monday−Friday in your time zone.

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

Visit us at **www.equifax.com/CreditReportAssistance** or Call us at  866−349−5186.

Thank you for giving Equifax the opportunity to serve you.

| *The Results Of Our Reinvestigation* |
| --- |

| *Collection Agency Information*  (This section includes accounts that have been placed for collection with a collection agency.) |
| --- |

**>>>  *We have researched the collection account.  Account #* ▮▮▮▮▮▮▮  *The results are:* This item has been** deleted from the credit file. If you have additional questions about this item please contact:  *Enhanced Recovery Company, PO Box 57547, Jacksonville  FL  32241−7547 Phone: (800) 496−8941*

**Notice to Consumers**

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.



**FEDERAL TRADE COMMISSION**
PROTECTING AMERICA'S CONSUMERS

Thank you for reporting identity theft to the FTC. Your reference number is ▮▮▮▮▮▮

## 1. Click here to print and save **Your Identity Theft Affidavit.**

This affidavit together with a local police report proves to others that someone stole your identity. After you leave this page, you won't be able to get your affidavit.

## 2. Go to **IdentityTheft.gov** for next steps.



IdentityTheft.gov has

- step-by-step checklists and
- sample letters

that will help you through the recovery process.

## If you need to update your affidavit, call 1-877-438-4338.

You'll need your reference number to make updates: **65244798**.

 Print This Page

OMB CONTROL#: 3084-0047
Under the Paperwork Reduction Act, federal agencies are not allowed to collect information from the public without a valid OMB control number.

Back to ftc.gov | Privacy Policy



**FEDERAL TRADE COMMISSION**
PROTECTING AMERICA'S CONSUMERS

# FTC Complaint Assistant



**CLICK HERE TO CHAT WITH A TECHNICAL SUPPORT SPECIALIST**
**CHAT HOURS: MONDAY - FRIDAY 9:00 AM - 8:00 PM (EST)**

**1** Getting Started

**2** What Happened

**4** Law Enforcement

**6** Your Information

**8** Review Your Information

**3** Suspect

**5** Credit Bureaus

**7** Comments

## Please review your complaint and click "Submit".

**‹ Previous**

**Submit ›**

## Your Information

First Name: Peri
Middle Name: M.
Last Name: Domante
Your Business or Organization Name (if applicable):
Street Address: ▮▮▮▮▮▮▮
Apt/PO Box:
City: ▮▮▮▮▮
State: Florida
Zip Code: ▮▮▮▮
Country: USA
Lived Here From (mm/dd/yyyy): 1/14/2009
Date of Birth (mm/dd/yyyy): ▮▮▮▮

Phone Number: █████████
Cell Number:
Work Number: █████████
Fax █████████
Social Security Number: █████████
Driver License Number: █████████████
Driver License State: Florida
Email Address: █████████
Are you a member of the U.S. Armed Forces or a dependent? No

❮ **Edit Consumer Information**

## Can you give us details about the identity theft?

When did you first notice that your identity or information had been used? 8/7/2015
How many hours have you spent trying to resolve the problem? 10 or more

Non-monetary Harm:
Comments: : Unable to get a lower interest rate on a mortgage refinance

Type of Account:Utilities - New
When was the account opened? 6/11/2011
How much is owed to the company? 1138

Company Information

Company Name: Dish Network
Company Address: P. O. Box 9040
Apt/Suite/PO Box:
City: Littleton
State: Colorado
Country: USA
Zip: 80120
Contact: Operator
Company Phone Number: 866-310-8052
Company Email Address: identitytheft@dish.com
Company Website:
Violations

I found the customer service department to be less than satisfactory.

The company refused to correct or close the account(s) in question.

The company is requiring too much proof from me to correct their records.

The company sold the debt to a collection agency after I informed them the account was fraudulent.

The company will not provide me with copies of documents related to my identity theft.

The credit bureau or company reporting to the credit bureau is reporting an item and does not mention my dispute.

The credit bureau or company reporting to the credit bureau did not review all documents I sent to them concerning my dispute.

The credit bureau or company reporting to the credit bureau reinserted an item that was previously

The company refused to correct or close the account(s) in question.

The company is requiring too much proof from me to correct their records.

The company sold the debt to a collection agency after I informed them the account was fraudulent.

The credit bureau or company reporting to the credit bureau has failed to block IDT-related information on my report.

The credit bureau or company reporting to the credit bureau is providing inaccurate information.

The company opened a fraudulent account even though I had placed a fraud alert/active duty alert.

 **Edit Theft Information**

## Have you contacted any of the credit bureaus?

Have you contacted any of the following Credit Reporting Agencies?

Equifax
Experian
TransUnion

Have you ordered a credit report from any of the following Credit Reporting Agencies?

Equifax
Experian
TransUnion

Have you requested a fraud alert from any of the following Credit Reporting Agencies?

Equifax
Experian
TransUnion

Do you have a complaint about any of the following Credit Reporting Agencies?

Equifax

Requires too much proof to correct record or file
Fails to Reinvestigate Disputed Information
Improperly Conducts Reinvestigation of Disputed Item
Provides inadequate Information
Provides Outdated Information

Credit inquiries from these companies appear on my credit report as a result of this identity theft:

Dish Network

 **Edit Credit Reporting Agency Information**

## Have you contacted the police, or other law enforcement?

deleted without notifying me.

The credit bureau or company reporting to the credit bureau is providing inaccurate information.

The company opened a fraudulent account even though I had placed a fraud alert/active duty alert.

 **Edit Theft Information**

Type of Account:Utilities - New

Company Information

Company Name: Direct TV
Company Address:
Apt/Suite/PO Box:
City:
State:
Country: USA
Zip:
Contact:
Company Phone Number: 800-860-8542
Company Email Address:
Company Website:
Violations

The company refused to correct or close the account(s) in question.

The credit bureau or company reporting to the credit bureau has failed to block IDT-related information on my report.

**Edit Theft Information**

Type of Account:Utilities - New
How much is owed to the company? 1138

Company Information

Company Name: Dish Network
Company Address: P. O Box 9040
Apt/Suite/PO Box:
City: Littleton
State: Colorado
Country: USA
Zip: 80120
Contact: Operator RW5
Company Phone Number: 866-310-8052
Company Email Address:
Company Website:
Violations

Department Name: Pinellas County Sheriff Dept.

State: Florida

Was a report taken: Yes

Report Number: <span style="background:black">████████</span>

Officer/Contact Name: Deputy Ed Crandall

Phone Number: 727-582-6200

**❮** **Edit Law Enforcement Information**

## Do you know anything about the person who stole your identity?

Name

First Name: Peri

Middle Name:

Last Name: Vasquez

Company Name:

Relationship:

How Suspect Got Information:

Additional Information About Suspect:

**⤵** **Edit Suspect Information**

## Tell us your story in your own words.

I am trying to refinance a mortgage...I cant get a lower interest rate until a fraudulent collection is removed....I signed up for equifax monitoring service and have been pulling my credit and also noticed Dish Network repulled my credit so I called Dish....they stated they did not have anything on file from my last corrected fraud activity.....I explained I wanted to make sure there was not any more fraudulent activity as I saw the credit was pulled without my permission...I faxed over last letter from their company stating they knew it was fraud and now I find out as of 8/19/15 there is a new collection placed on my experian credit file thru my monitoring service from Dish and a new collection agency that is fraudulent...I have previously provided all



**Edit Additional Information**

🖶 Print This Page

‹ **Previous**

**Submit** ›

OMB CONTROL#: 3084-0047
Under the Paperwork Reduction Act, federal agencies are not allowed to collect
information from the public without a valid OMB control number.